UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.  CRIMINAL NO.
 11-40023-FDS

DAVID L. TOPPIN
465 SALISBURY STREET
HOLDEN, MA 01520

YOU ARE HEREBY SUMMONED to appear before the U.S. Magistrate Judge at the time, date and place set forth below for an **Initial Appearance and Arraignment.**

PLACE:
U.S. DISTRICT COURT   **COURTROOM #16, 5th FLOOR**
**1 Courthouse Way**    DATE AND TIME:
**BOSTON**, MA 02210   **July 13, 2011, at 2:00 p.m.**

To answer a **Criminal Indictment**, charging you with a violation of TITLE 26, USC Section 7201

Description of offenses:

Tax Evasion

**TO THE DEFENDANT:** You should appear with **your attorney** at the time and place given above. Failure to appear will result in the issuance of a warrant for your arrest. If you are unable to afford an attorney and wish the court to appoint one for you, please telephone Deputy Clerk Lisa Belpedio at (508) 929-9905 or (617) 748-4446 as soon as possible.

TIMOTHY S. HILLMAN,
Magistrate Judge

Dated: June 17, 2011    /s/ Lisa Belpedio
 Lisa Belpedio
 Deputy Clerk
 (508) 929-9905/(617) 748-4446

***PLEASE REPORT TO PRETRIAL SERVICES,** 1rstfloor, 1 Courthouse Way, Boston, MA, **2 hours** before you are scheduled to appear before the Magistrate Judge for the purpose of a pretrial interview. **You must have two forms of ID to get into the building.**