**David Lynwood Toppin**
**Appearing Specially, Not Generally**

Legal Address. Beginning at southwest corner of premises as per a point in west line of Salisbury St., point being N. 13° 13' 20" W., 273 & 10/100' (273.1') from W.C.H. bound at north end of 1400' radius curve in street line; Thence by street line, N. 13° 13' 20" W., 265 & 47/100' (265.47') to W.C.H. bound angle; Thence by street line, N. 11° 17' 40" W., 84 & 53/100' (84.53') to corner; Thence by land owned/formerly owned by William A. Wheeler, et ux, S. 74° 14' 15" W. 294 & 18/100' to corner; Thence by land owned/formerly owned by William A. Wheeler, partly along stone wall, S. 10° 09' 19" E., 351 & 16/100' (351.16') to corner; Thence by land owned/formerly owned by said Wheeler, N. 74° 14' 15" E., 310 & 13/100' (310.13') to point of Beginning; —not owned or possessed by the United States of America; —not a post Road; —not on a post Road; —not in a U.S. district.

FILED
IN CLERKS OFFICE

2011 OCT 11  A 9 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

(response information at certificate of service page)

Which above Legal Address is contained within the Legal Address for the State of Massachusetts, to wit:

**Massachusetts Legal Address:** SECTION 1.   State boundaries. — This part of New England is bounded by the States of Vermont and New Hampshire on the north; by the Atlantic on the east; by the same Ocean, Rhode Island and Connecticut on the south; and by New York, on the west. It is between 41~ 30' and 43~ north latitude; and between 69~ 34' and 73~ 39' west longitude. Its length from 125 miles to 150 miles and its breadth about 50 to 60 miles; its form is irregular. Its superficial content is nearly 8,300 square miles; — Massachusetts, Not owned or possessed by the United States of America; —Not containing any State recognized post Roads with right of way; NOT —a U.S. district; —NOT a Territory of the United States; — NOT part of "the Territory" of Washington, wherein the District of Columbia is located; —NOT existing with any post Roads owned by the United States therein; — NOT having any lawfully established U.S. districts therein.

### IN THE [ALLEGED] UNITED STATES DISTRICT COURT
### FOR THE [ALLEGED] DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| [The alleged United States central government] / The Internal Revenue Service federal agency<br><br>ALLEGED AS PLAINTIFF,<br><br>v.<br><br>David Lynwood Toppin, Demandant,<br><br>ALLEGED AS DEFENDANT<br><br>cc: National First Tribunal Court<br><br>**Demand To Take Judicial Notice Of Particular Fifth Amendment Wording** | **CLARIFICATION Of U.S. Attorneys' Lack of Jurisdiction Against Demandant Toppin's Actual Legal Location; A U.S. Constitution's Amendment's First Impression Rights Challenge Issued As Per This Case**<br><br>Case # <u>04:11-cr-40023-FDS-1</u><br><br>LIABLE NOTICE: <u>Clerk Of Court</u><br><br>NOTICE: <u>F. Dennis Saylor, IV</u> |

Comes Now Demandant David Lynwood Toppin and submits this <u>CLARIFICATION Of U.S. Attorneys' Lack of Jurisdiction Against Demandant Toppin's Actual Legal Location; A U.S. Constitution's Amendment's First Impression Rights Challenge Issued As Per This Case</u>, for which <u>Demand To Take Judicial Notice Of Particular Fifth Amendment Wording</u> has been given <u>on the record</u>, and duly presents this Explication for the Court as follows:

1

1. The Court, <u>on the record,</u> is to look to Demandant's attached Insignificant Leaf Exhibit below and determine as to whether or not it has jurisdiction to order the removal of the insignificant leaf laying upon the ground outside of Demandant's place of domicile and determine as to whether or not, based upon that determination, that it can issue a court order for the removal of such leaf, to anywhere except where it presently lays. This not a taunt but a very serious federal question involving the question of <u>Jurisdiction</u> <u>Fraud</u> by the United States government and the United States Courts.

2. The court is to understand that this is not either frivolous nor meaningless, for it is a conclusive presumption that if the place where the insignificant leaf lays is <u>in</u> a U.S. district," then there can be no problem in issuing the court order to remove it as aforementioned., and the court will do so within the next 5 business days from the date of this filed document in order to confirm its absolute jurisdiction over what has been proclaimed to be a "U.S. district," and if not so removed by fully explained court order within such 5 business days, then it will, by official tacit affirmation, be legally affirmed by the court that such insignificant leaf does not lay in a "U.S. district," as neither does Demandant, by which a federal court order has sufficient jurisdictional authority to order its removal.

3. An additional point of concern, also not a light issue here, involves the matter of the <u>1946</u> adopted "Federal Rules of Criminal Procedure," inclusive of FRCrP "Rule 11 (a)(4)," and how such a "Rule," not "Law," could be the utilized as a means

of depriving Demandant of any of the following: defense of his.. **life**, **liberty**, or property, without <u>due process of</u> rules ~~law/rules~~ <u>law</u>, when it is not the word "rules" that appears in the Fifth Amendment, **to even an *implied* degree**;

4. For it has now come to be noted by certain law professors, who are now teaching it to their students, that, for many years now, the legal profession and the courts have engaged in the defective practice of taking terms out of context, which term in this instance is "due process," for while the term has been used in various ways to expose injustice, in the Fifth Amendment its meaning, In Context, is CLEAR, to wit:

5. **The Way That The Fifth Amendment Is Taken, <u>But Does Not Read</u>:**

   No person ... shall ... be deprived of life, liberty, or property, without **due process of <u>rules</u>.**

6. **The Way That The Fifth Amendment Is Not Taken, <u>But Reads</u>:**

   No person ... shall ... be deprived of life, liberty, or property, without **due process of <u>law</u>.**

7. Showing Forth That The <u>Fifth Amendment</u> DENIES All Rules – made for and extended to the People.

8. Consider the IMPACT based upon this First Impression Finding, which should have been found long ago, although it is likely that, by some, it *was*, as follows:

   People being <u>deprived</u> of their **LIFE**, of their **LIBERTY**, and of their **PROPERTY** by "due process of <u>RULES</u>," *NOT* <u>LAW</u>!

3

9. **Resulting in the Legal Fact That All "[Court]" Rules Are Invalid [As They Apply to the People, ANY of Them].**

10. This means that ALL of the Federal Rules of Procedure and ALL of the State Rules of Procedure - meet with the Fifth Amendment and Meet their End!

11. Because ALL "RULES" (an Illegal Condition if made for the People, which they all have been) are UnConstitutional, UnLawful, Illegal, and CORRUPT to No End.

12. Denying Any Rule Followed By the Court which would further deprive him of his liberties, for it appears that there has been a major condition of <u>Governmental Rules Fraud</u> going on for a half a century or so, as it appears that there is an Actual, Fully Empowered Amendment to the Constitution for the United States that **Denies** the Existence of any Rule, at any and every Judicial Level, <u>that would Extend to the People</u>, or <u>any</u> Person thereof, that would Play Any Part of such a Property Transfer.

13. All of this, <u>Erring</u> By <u>Practice</u> in the taking of the term "due process" out of Context, which one should never do, now to have cost us many years of toil and pain and suffering at every turn, because it was alleged by attorneys and judges at bar that they knew the Truth, the Truth as you now see it, by which you are charged and challenged, hard, to deny it and the impact that it represents, as we continue to Examine the <u>Fifth Amendment</u> itself, and cease quoting and relying on those two words, "due process," only, being thus "Taken Out of Context," but read the <u>Fifth</u>

Amendment as it should be read, Fully Within Context, and then, reinforcing the former stated words, create a parallel comparison between the Long Standing Lie and Practice and What the Truth Actually Is. We demonstrate the Fifth Amendment, accordingly, as it is being practiced, rampantly, by all courts and governmental powers today, as we pseudo-quote:

> Amendment 5. "No person ... shall ... be deprived of life, liberty, or property, without due process of rules."

14.  And then, **The Truth**, *Reality*, **Actuality**:

> Amendment 5. "No person ... shall ... be deprived of life, liberty, or property, without due process of law." [You see the difference. Don't lie].

15.  Consequently, The Fifth Amendment **DENIES, ABSOLUTELY,** ALL "RULES" – made for and extended to the People, any Person or Persons thereof.

16.  The **IMPACT** is **Staggering**, considering that "**RULES**," were supposed to have been made for the government only (see Clause 14, Section 8, Article I), **NOT** the People. Decade upon Decade of this *EVIL*, **WICKED** WARPING and CORRUPTION of the TRUTH, gone on without the people realizing, all for the benefit of the governments and those special interests who control or influence them.

17.  Because ALL "RULES," an Illegal Condition, made for the People, which they all have been, are UnConstitutional, UnLawful, Illegal, and CORRUPT to No End.

18.   The logical conclusive question that will be asked is, Without "Rules," what do we use instead?

19.   The Answer, the Answer that the Founding Fathers intended us to go by, Exclusive to all other forms of "Rules."

20.   The Common <u>Law</u> <u>Rules</u>; The Common Law Rules do not fail so, because they are part of the Common <u>Law</u>.

21.   The most that can be recognized concerning this most serious matter is that the court clerks themselves, in the use of the "rules of the court," can use such rules only to the degree and only as they long as they do <u>not</u> extend to and infringe, violate, nullify, diminish, fail to keep, breach, break, disregard, infract, trample upon, transgress, curtail, lessen, abridge, minify, curtail, dwindle, reduce, tamper, moderate, modify, or alter or wane to any degree, and so forth, the right of the people, or any person or persons, who are parties to any proceeding within the court itself.

22.   If asking, Who did this? Whose fault is this? Who started this? – it goes back too far to answer, perhaps commencing with a derelict congress of 1934, and continuing to erode this <u>Clause 14, Section 8, Article I</u> protection thereafter. The use of "Rules" extended to the People is and has been, all of this time, an Illegal, UnLawful, Wicked, "Practice in the Factum," but regardless of that, it carries over to another question, "factum" or not, and that is, ...

23. ... the only place in the entire Constitution that the word "arrest" appears is at Article I, Section 6, Clause 1, and therein are 3 (three) different High Crimes, none of which the "U.S. Congress" has ever been able to pass a single "immunity law," so called, against, they being, (1) Treason, a Military Crime prosecutable only by a State Military Court under Military Law; (2) Felony, a High Crime existing both statutorily and under the Common Law, and (3) Breach of the Peace, a definite High *Quasi* Crime, more precisely cognizable as Contempt of Constitution, a Power *inhering* to the People alone.

24. And, so, how is all of this going to be kept hidden from the People much longer, and what is going to happen when they find out? .. and they will find out, no matter the time it takes. Taking Lives, Taking Properties, Taking Liberties, using Rules *at all,* done mostly by attorneys at law as members of "the bar," who think and pretend that they know everything when they know nothing at all?

25. Demandant hereby challenges this entire process at hand, including the alleged jurisdiction of the United States government over this case, and while this brief has been put together on an expedient basis, do not believe that this is all that Demandant has to say on the subject of this case. Do not believe that for a minute.

26. To introduce All to one of the Common Law Rules, which is likewise a part of the Common Law, we stipulate that all proceedings hereafter come exclusively under the Common Law itself, and to reinforce that understanding and agreement, we

7

stipulate to the use of Common Law <u>Rule</u> <u>Nisi</u> ("Becomes The Imperative and Final Rule *Unless* Cause Can Be Shown Against It") that it be so.

27.  Below is the page showing the location of the Insignificant Leaf. It is a small matter, no doubt, but it is important to me, as it should be to You, the government. You have 7 business days. It's not heavy, You see, so it won't require a back brace, won't endanger anyone's health care policy, any retirement, loss of pay, or self esteem. It is to be accompanied by a court order, but please do not attempt to engage the use of any "Rule" or "Rules" in order to accomplish this.



**Ignore the Halloween scenery. Look to the leaf on the top step, left.**



**HERE IT IS!** The leaf shown on the top step here, as you can see, is not heavy, not complicated, and will be protected form the elements so that its removal, with accompanying court order stating warranted authority to do so, may be assured. Please order its removal from where it lays, if it is physically located in a "U.S. district" as would require authority of jurisdiction over everything in it if not Jurisdiction Fraud instead. Ignore the No Trespassing sign there, as you will be breaking no state law for which you may be arrested, or [Bivens] sued (right?), because You will be trekking only in a "U.S. district" instead. Yes?

And notice how this does not take into account any such things as a "postal service" address, not "Legal Address" at issue here. Use any address you like, so long as you can defend it, really defend it, afterwards.

Submitted Respectfully,

Date: 10 / 11 / 2011

David Lynwood Toppin

## CERTIFICATE OF SERVICE

I, <u>David Lynwood Toppin</u>, hereby declare and state that I have filed a true and correct copy of the above document with the Clerk of the Court for the [Alleged] United States District Court For The [Alleged] District of Massachusetts, said Court NOT Lawfully Existing In The Legal or Organic County of Suffolk, Legal or Organic [Proposed] State of Massachusetts, and have mailed a copy hereof, postage prepaid thereon, to the <u>alleged</u> <u>U.S. Attorney's Office</u> and the <u>Suffolk County Sheriff's Office</u> at the following addresses set forth below.

Christine J. Wichers
Office of the <u>Alleged</u> U.S. Attorney
1 Courthouse Way Suite 9200
Boston, MA 02210

Andrea J. Cabral, Sheriff
Suffolk County Sheriff's Department
Executive Office
20 Bradston Street
Boston, MA  02118

**RESPONSE TO THIS EXHIBITED COMPLAINT IS REQUIRED** - *Qui Tacet, Consentire Videtur, Ubi Tractatur De Ejus Commodo* **(He[She] who is silent is considered as assenting** [*to the matter in question*] **when his[/her] interest is as stake.)**

**Popular Address,**
**For Use For Postal Service Mailing:**

David Lynwood Toppin
465 Salisbury
Holden, Massachusetts

JUST >
CUT
AND
GLUE >

To Envelope

**Legal Address.** Beginning at southwest corner of premises as per a point in west line of Salisbury St., point being N. 13° 13' 20" W., 273 & 10/100' (273.1') from W.C.H. bound at north end of 1400' radius curve in street line; Thence by street line, N. 13° 13' 20" W., 265 & 47/100' (265.47') to W.C.H. bound angle; Thence by street line, N. 11° 17' 40" W., 84 & 53/100' (84.53') to corner; Thence by land owned/formerly owned by William A. Wheeler, et ux, S. 74° 14' 15" W. 294 & 18/100' to corner; Thence by land owned/formerly owned by William A. Wheeler, partly along stone wall, S. 10° 09' 19" E., 351 & 16/100' (351.16') to corner; Thence by land owned/formerly owned by said Wheeler, N. 74° 14' 15" E., 310 & 13/100' (310.13') to point of Beginning; —not owned or possessed by the United States of America; —not a post Road; —not on a post Road; —not in a U.S. district.—**not in a U.S. district.**

**Legal Notice.** Do not mind the small letters size for the Legal Address that you see. All Articles – Sent By U.S. Mail – Are <u>To be</u> **Opened** And Read **Only** <u>When</u> Accompanied By Label Size (small size) "**Legal Address**" From First Page (Shown Above) Displayed On Envelope - **Below** <u>Popular Address</u>. Otherwise, Where Legal Address Is Not Present, Article Sent Will Be Returned **Unopened**.

No need to waste gasoline and time by not using the U.S. mail, or postal service.

Dated this  11th  day of  October, 2011 A.D.


_____
 David Lynwood Toppin

10