**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2012 JAN -4  P 1: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff | ) CRIMINAL NO. |
| | ) 4:11-CR-40023-FDS |
| v. | ) |
| | ) MOTION TO DISMISS THE |
| DAVID L TOPPIN, | ) INDICTMENT FOR FAILURE |
| | ) TO CHARGE AN OFFENSE |
| Defendant in Error | ) (SPECIAL APPEARANCE) |
| | ) |

## MOTION TO DISMISS THE INDICTMENT
## FOR FAILURE TO CHARGE AN OFFENSE

The Defendant in Error, appearing specially and not generally, moves this court to dismiss the indictment for failure to charge an offense on the following grounds:

1) It is expressly requested the court declare the Federal Rule of Criminal Procedure 7 (c)(3) provision that "a citation's omission is (not) a ground to dismiss the indictment or information or to reverse a conviction." to be repugnant to the constitution and consequently null and void.

2) The failure to allege a known legal duty the defendant has violated does not present a "case" over which the court can exercise jurisdiction.

3) The failure to identify a known legal duty the Defendant in Error has violated is not in accord with Due Process requirements of the Fifth Amendment.

4) The failure to identify a known legal duty the defendant has violated is not in accord with the mandate of the Sixth Amendment "to be informed of the nature and cause of the accusation" of a crime.

5) The constructive amendment to the indictment by evidence permitted and denied by the court during trial is a further violation of the Fifth Amendment guarantee to be tried only on charges presented by a grand jury. [Supportive facts and analysis are eliminated for this exercise]

For these reasons, the Accused respectfully moves that this Court grant this Motion to Dismiss as Plaintiff has failed to state a claim upon which relief can be granted.

Dated this 3rd day of January, 2012.

ALL RIGHTS RESERVED

David L. Toppin
465 Salisbury Street
Holden, Massachusetts
America

## CERTIFICATE OF SERVICE

I, David Lynwood Toppin, hereby declare and state that I have filed a true and correct copy of the above document with the Clerk of the Court for United States District Court and have mailed a copy hereof, postage prepaid thereon, to the U.S. Attorney's Office, on January 2, 2012.

Sarah Allison Thornton
Clerk of Court
United States District Court
District of Massachusetts
595 Main Street
Worcester, Massachusetts 01608
(508) 929-9900

Christine J. Wichers
Office of the U.S. Attorney
1 Courthouse Way Suite 9200
Boston, MA 02210

David L. Toppin
465 Salisbury Street
Holden, Massachusetts
America
Without the United States