IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   4:11-CR-40023-FDS |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF FILING |
| | ) | |
| David L. Toppin, | ) | (Special Appearance) |
| | ) | |
| Defendant. | ) | |

COMES NOW, David Toppin, appearing specially not generally, files this Declaration of Domicile.

Dated this 6th day of February, 2012.

ALL RIGHTS RESERVED

David L. Toppin
465 Salisbury Street
Holden, Massachusetts
America
Without the United States

## CERTIFICATE OF SERVICE

I, David Lynwood Toppin, hereby declare and state that I have filed a true and correct copy of the above document with the Clerk of the Court for United States District Court and have mailed a copy hereof, postage prepaid thereon, to the U.S. Attorney's Office.

Christine J. Wichers Andrea
Office of the Alleged U.S. Attorney
1 Courthouse Way Suite 9200
Boston, MA 02210

_____
David L. Toppin
465 Salisbury Street
Holden, Massachusetts
America
Without the United States

```
 1  David L Toppin                                          8
    465 Salisbury Street
 2  Holden, Massachusetts
    without the United States
 3
    Defendant in Pro Per
 4


 5  Superior Court of the Commonwealth of Massachusetts
    Superior Court Administrative Office
 6  Suffolk County Courthouse, 13th Floor
    Three Pemberton Square
 7  Boston, MA 02108


 8
    Commonwealth of Massachusetts, by and ) Case No.: 11-2420-C
 9                                        )
    through NAVEET K BAL, COMMISSIONER OF ) Declaration of Domicile
10                                        )
    ITS DEPARTMENT OF REVENUE             )
11                                        )
    V                                     )
12                                        )
    DAVID L TOPPIN                        )
13                                        )

14
    Defendant declares his domicile in the attached, notarized document
15

16
```

2011 AUG -9 PM 12:49

I HEREBY ATTEST AND CERTIFY ON
3-5-12, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____  asst. Clerk

Defendant in Pro Per

1

## Declaration of Domicile

I, David Lynwood Toppin, Sui juris,[1] a sentient being, voluntarily[2] file this Declaration of Domicile[3] (3 pages) in the public records[4] of Worcester county, Massachusetts, in accordance with the common law[5] as expressed in the Magna Carta,[6] the Confirmatio Cartarum,[7] the Declaration of Independence,[8] the organic Constitution of the United States of America[9][10] which guarantees a republican form of government[11] to all States of the American Union, the Bill of Rights[12] and the Constitution of the State of Massachusetts, all of which are incorporated herein by reference.

This personal statute[13] of domicile of choice[14] is to express my intention,[15] *animus manendi*,[16] of the establishment of my *de jure* domicile[17] as a freeman[18] and sovereign soul on the dry land of Massachusetts[19], one of the People of Massachusetts[20] and one of We the People[21] in accordance with the doctrine of *jus soli*[22] and the supreme law of the land.[23]

I, David Lynwood Toppin, hereby declare that it is my intention[24] to maintain my *de jure* domicile,[25] permanent residence and place of abode at Worcester county, at 465 Salisbury, Holden, Massachusetts,[26] which place of abode I recognize and intend to maintain as my permanent home. If I maintain another place or places of abode in some other locale, I hereby declare that my above-described domicile[27] in Massachusetts[28] constitutes my predominant and principal home of choice, until further notice.

_____
David Lynwood Toppin
Worcester county, Massachusetts
America

### Jurat

State of Massachusetts     }
                           } ss.
Worcester county           }

This document is executed without any federal area, enclave, territory or possession.[29] Sworn to before me and subscribed in my presence this __19__ day of __July__, 2011.

_____        {Seal}
Notary[30]

JAMES M SALISBURY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
October 6, 2017

*References*

---

[1] Sui juris. Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. *Black's Law Dictionary*, 4th Rev. Ed., p. 1602 (1968); " ... that every person *sui juris* is at liberty to choose his domicil and to change it according to his inclination."*The Law of Domicil*, Robert Phillimore, Ch. 9, p. 98, § CLXII (1847); Change of domicil. Any person, *sui juris*, may make any *bona fide* change of domicil at any time. *Bouvier's Law Dictionary*, 8th Ed., 3rd Rev., 'Domicile,' pp. 915-923 (1914); "Every natural person, free and *sui juris*, may change his domicil at pleasure." *Conflict of Laws or Private International Law*, Raleigh C. Minor, § 30, p. 72 (1901).

[2] "... residence in a place, to produce a change of domicile, must be voluntary." *Commentaries on Conflict of Laws*, Joseph Story, § 47, p. 59 (1846).

[3] "All laws, which have for their principal object the regulation of the capacity, state, and condition of persons, have been treated by foreign jurists generally as personal laws. ... Laws purely personal ... extend themselves every where; ... a man is every where deemed in the same state ... by which he is affected by the law of his domicil." *Ibid*, § 51, pp. 63-64.

[4] " ... presumptions from mere circumstances will not prevail against positive facts, which fix, or determine the domicil." *Ibid*, § 47, p. 59.

[5] *Commentaries on American Law*, James Kent, Part I, Vol. I, Lecture 1, p. 1 (1840).

[6] June 19, 1215; " ... the great guaranties which secure the natural, civil, and political rights of the citizen, and protect him against tyranny or oppression, were derived from the greater charters and legislative enactments of Great Britain which had become a fixed part of her constitution, or from the common law, which the Americans claimed as their natural heritage and shield." *Commentaries on the Constitution*, Joseph Story, Book 1, § 157, p. 140 (1833); *Handbook of Constitutional Law*, Henry Campbell Black, § 6, p. 9 (1897).

[7] October 10, 1297. 25 Edw. I, c. i. Danby Pickering (ed.), Statutes at Large (Cambridge, 1726-1807), 1, 273-75.

[8] July 4, 1776.

[9] March 4, 1789; "The interpretation of the constitution of the United States is necessarily influenced by the fact that its provisions are framed in the language of the English common law, and are to be read in the light of its history. The code of constitutional and statutory construction which, therefore, is gradually formed by the judgments of this court, in the application of the constitution and the lands and treaties made in pursuance thereof, has for its basis so much of the common law as may be implied in the subject, and constitutes a common law resting on national authority." *Handbook of Constitutional Law*, Henry Campbell Black, §§ 93-96, pp. 157-158 (1897).

[10] Section 2. The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; -- to all Cases affecting Ambassadors, other public Ministers and Consuls; -- to all Cases of admiralty and maritime Jurisdiction -- to Controversies to which the United States shall be a Party; -- to Controversies between two or more States; -- between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects. Art. III, § 2, Cl. 1.

[11] Section 4. The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence. Art. IV, § 4.

[12] December 15, 1791; The phrase "common law" occurs in the seventh article of the amendments of the constitution of the United States. "In suits at common law, where the value in controversy shall not exceed twenty dollars," says the article, "the right of trial by jury shall be preserved." The "common law" here mentioned is the common law of England, and not of any particular state. *Bouvier's Law Dictionary*, 11th Ed., Vol. 2, p. 9, (1862).

[13] "(1.) That a personal statute only affects the subjects of the state or territory wherein it is promulgated ... ; (2.) a personal statute ... cannot be reputed to be the same without the territory, as it is within. (3.) ... a personal quality cannot be added out of the territory to a person who is not a subject. (4.) ... a personal statute accompanies the person every where..." *Commentaries on Conflict of Laws*, Joseph Story, § 51 b, p. 68 (1846).

[14] Domicile of choice. The essentials of "domicile" of choice are the fact of physical presence at a dwelling place and the intention to make that place home. *Black's Law Dictionary*, 4th Rev. Ed., pp. 572-573 (1968); *Conflict of Laws or Private International Law*, Raleigh C. Minor, § 75, p. 110 (1901); 28 C.J.S. § 8, p. 36 (2005).

[15] "In questions on this subject, the chief point to be considered is the *animus manendi*, the Courts are to devise such reasonable rules of evidence as may establish the fact of intention If it sufficiently appear, that the intention of

removing was to make a permanent settlement, or for an indefinite time, the right of domicil is acquired by a residence even of a few days ⁽ᶻ⁾." *The Law of Domicil*, Robert Phillimore, p. 146, footnote (z), (1847).

[16] Animus Manendi. The intention of remaining; intention to establish a permanent residence. This is the point to be settled in determining the domicile or residence of a party. *Black's Law Dictionary*, 4th Rev. Ed., p. 114 (1968).

[17] Lex domicilii. The law of the domicile. *Black's Law Dictionary*, 4th Rev. Ed., p. 1054 (1968); 28 C.J.S. § 13, p. 40 (2005).

[18] Freeman. One who is in the enjoyment of the right to do whatever he pleases, not forbidden by law. One in the possession of the civil rights enjoyed by the people generally. *Bouvier's Law Dictionary*, 5th Ed., Vol. 1, pp. 548-549 (1854).

[19] Lex loci. Personal disqualifications not arising from the law of nature, but from positive law, and especially such as are penal, are strictly territorial, and are not to be enforced in any country other than that where they originate. *Commentaries on Conflict of Laws*, Joseph Story, §§ 91, 104, 620 (1846); *Bouvier's Law Dictionary*, 8th Ed., 3rd Rev., Vol. I, p. 1943 (1914).

[20] Constitution of the republic State of Massachusetts, as any other republics of the Union All Political Power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit; and they have at all times the unalienable right to alter, reform, or abolish their form of government, in such manner as they may think expedient.

[21] Preamble, Constitution for the united States of America.

[22] Jus soli. The law of the place of one's birth as contrasted with *jus sanguinis*, the law of the place of one's descent or parentage. *Bouvier's Law Dictionary*, 8th Ed., 3rd Rev., Vol. I, p. 1794 (1914).

[23] Law of the land. Due process of law. By the law of the land is most clearly intended the general law which hears before it condemns, which proceeds upon inquiry, and renders judgment only after trial. The meaning is that every citizen shall hold his life, liberty, property, and immunities under the protection of general rules which govern society. *Black's Law Dictionary*, 4th Rev. Ed., pp. 1031-1032 (1968).

[24] " ... the mere intention to acquire a new domicil, without the fact of an actual removal, avails nothing; neither does the fact of removal without the intention."*Commentaries on Conflict of Laws*, Joseph Story, § 47, p. 59 (1846).

[25] Animus et Factum. To constitute a change of domicile, there must be an "*animus et factum*"; the "*factum*" being the transfer of the bodily presence, and the "*animus*" the intention of residing permanently or for indefinite period. *Black's Law Dictionary*, 4th Rev. Ed., p. 114 (1968).

[26] *p. Necessity of domicil in town or city.* A person does not always have a domicil in a lesser political unit than a state. It may be that at a given time such a person is not domiciled in any municipal subdivision of a state although he is domiciled within the state. *Restatement of the Laws 2d, Conflict of Laws 2d*, Vol. 1, § 12, p. 48 (1971).

[27] " ... if a person changes his domicil, and the law of the new domicil is contrary to that of the old one, the state and condition of the person change accordingly." *Commentaries on Conflict of Laws*, Joseph Story, § 57, p. 80 (1846).

[28] "The first ... general maxim ... is that ... every nation possesses an exclusive sovereignty and jurisdiction within its own territory." *Commentaries on Conflict of Laws*, Joseph Story, § 18, p. 28 (1846).

[29] "Another maxim ... , is, that no state or nation can, ... bind persons not resident therein ... " *Ibid,* § 20, p. 30; "Its [the District of Columbia] permanent residents are citizens of the United States, if they fulfill the conditions of citizenship laid down in the fourteenth amendment, but they are not citizens of any state." *Handbook of Constitutional Law*, Henry Campbell Black, §§ 10-11, p. 21 (1897).

[30] " ... Under the law merchant and law of nations, notaries must attest their official certificates and other writing by their seal of office." *Anderson's Manual for Notary Publics*, Carl Louis Meier, Cincinnati, Ohio, § 68, p. 25 (1940).