David Lynwood Toppin
465 Salisbury Street
Holden, Massachusetts

Counterclaimant

FILED
IN CLERKS OFFICE

2012 MAY 15 A 8: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

Under the Common-Law
district court of the United States
Massachusetts (Worcester)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | ) CASE NO. 4:11-CR-40023-FDS<br>)<br>) AFFIDAVIT OF |
| 　　　v.<br>DAVID L TOPPIN,<br>　　　Defendant, | ) ABATEMENT<br>)<br>) (VERIFIED)<br>)<br>) |
| David Lynwood Toppin ,<br>　　　Counterclaimant, | )<br>)<br>) |
| 　　　v. | )<br>)<br>) |
| Christine J. Wichers,<br>Sandra S. Bower,<br>John Dizer,<br>Donald Richardson,<br>Gary Anderson,<br>John Woldyka,<br>Carlos Ortiz, and<br>Does 1-50, Unknown Federal Agents<br>　　　Counterdefendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Affidavit in support of COUNTERCLAIM

I, David Lynwood Toppin, hereafter "affiant", over the age of 21 years, one of the people[1] of Massachusetts, competent to testify, having first hand knowledge, on Worcester county, Massachusetts soil, does swear under penalty of perjury per the liabilities in Briscoe v. Lahue, as God is my witness, the following is true and correct:

---

[1] "...at the Revolution, the **sovereignty devolved on the people**; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves....". CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.
. "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, **while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people**, by whom and for whom all government exists and acts." Yick Wo v. Hopkins 118 U.S. 356; 6 S.Ct. 1064 (1886)

Affidavit of David Lynwood Toppin

1.   Affiant is not, nor has ever been, the "Person" required/obligated to file any financial reports, tax returns to the Internal Revenue Service;

2.   Affiant is a common-law-free-man and is not an artificial legal fiction.

3.   Affiant is not DAVID L TOPPIN or any derivation of that name spelled in all roman characters (capital letters) and no evidence to the contrary exists.

4.   Affiant claims that from the time he first starting working he was led to believe by the media and personal acquaintances that the Internal Revenue Service, hereafter "IRS", compelled people against the will to pay taxes or face force of arms enforcement of IRS policies.

5.   Affiant claims that all documentation submitted to the IRS in the form of reports and returns were under threat, duress and coercion[2];

6.   Affiant claims the reports and returns were only sent because of Affiant's fear of retaliation by force of arms of the IRS;

7.   For the Affiant claims his reports and returns were only sent to avoid having property seized, going to jail, or having harm done to Affiant, Affiant's family and/or my property, and not because Affiant believe there exists a legitimate obligation with bona fide facts and evidence in support of proof of claim to a lawful liability to the IRS;

8.   For Affiant claims that no factual evidence exists that he is, or was, a "taxpayer" or has "taxable income" or "gross income".

9.   Affiant is not competent to make legal determinations that anyone is a taxpayer with taxable income.

10.  Affiant claims UNITED STATES OF AMERICA has failed to show any facts that support a claim of a "personal injury or loss" required to have "standing"[3] to be a claimant and none exist.

11.  Affiant claims the United States Constitution is the supreme law of the land[4] and that all agents of same are required to take an oath of office.

12.  Affiant accepts as a binding contract each required oath-of-office made by each and every agent of the Federal and State governments.

---

[2] An act done by me, against my will, is not my act. Branch, *Princ.*; Bract. 101*b*; *Cycl. Dict.* 25.

[3] "Art. III, § 2.  In order to meet the **standing element** of the case or controversy requirement, appellees must **allege a personal injury that is particularized, concrete, and otherwise judicially cognizable.** GO>Lujan v. Defenders of Wildlife, 504 U.S. 555, GO>561; GO>Allen v. Wright, 468 U.S. 737, GO>751." Raines v. Byrd, 521 U.S. 811 (1997) verified

[4] U.S. Constitution: Art.6: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land**; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary Notwithstanding.
....The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and **all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution...**

Affidavit of David Lynwood Toppin

13.   Affiant claims he is not a United States Citizen[5] as defined in the 14th amendment and Title 26 of the United States Code and is not subject to the jurisdiction of the United States federal government and no factual evidence exists to the contrary.

14.   Affiant claims he has no duty and obligation[6] to give his private property in the forms of books or records to the Federal government and none exist.

Furthermore I say not.



David Lynwood Toppin
465 Salisbury Street
Holden, Massachusetts
***Not a U.S. District***

Subscribed and sworn to or affirmed before me on this 11th day of May, 2012, by David

Lynwood Toppin, proved to me on the basis of satisfactory evidence to be the person(s) who

appeared before me.

Signature *Karen F. Mattus* _____ (Seal)

KAREN F. MATTUS
Notary Public
Commonwealth of Massachusetts
My Commission Expires June 2, 2017

---

[5] "2. There is in our political system a government of each of the several States, and a Government of the United States. Each is distinct from the others, and has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a citizen of a State, but his rights of citizenship under one of those governments will be different from those he has under the other." United States v. Cruikshank, 92 U.S. 542 (1875)[verified]

[6] "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. **His power to contract is unlimited.** He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. **His rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the State**, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. **He owes nothing to the public so long as he does not trespass upon their rights.**" Hale v. Henkel, 201 U.S. 43 at 74 (1905). [verified]

Affidavit of David Lynwood Toppin

David Toppin hereby demands this matter # 4:11-CR-40023-FDS be abated for above the noted defects and until cured the matter be vacated. Failure to rebut/show-cause with factual evidence each and every point in the above noted affidavit within 21 calendar days, causes the matter #4:11-CR-40023-FDS to have no lawful or legal effect and be void ab initio.

Without prejudice,

By: _____ seal: [right thumb print]