**David Lynwood Toppin**                                    **Case No. 4:11-CR-40023-FDS**

1   David Lynwood Toppin                          IN CLERKS OFFICE
2   465 Salisbury Street
3   Holden, Massachusetts                         2012 MAY 15  A 8: 46
4
5   Counterclaimant                               U.S. DISTRICT COURT
6                                                 DISTRICT OF MASS.
7                            At Law
8                  district court of the United States
9              for the District of Massachusetts (Worcester)
10
11
12  UNITED STATES OF AMERICA,            ) CASE NO. 4:11-CR-40023-FDS
13              Plaintiff,               )
14                                       ) COUNTERCLAIM
15          v.                           ) FOR TRESPASS AND
16                                       ) TRESPASS ON THE CASE
17  DAVID L TOPPIN,                      )
18              Defendant,               ) (VERIFIED)
19                                       )
20                                       )
21  David Lynwood Toppin ,               )
22              Counterclaimant,         )
23                                       )
24          v.                           )
25                                       )
26  Christine J. Wichers,                )
27  Sandra S. Bower,                     )
28  John Dizer,                          )
29  Donald Richardson,                   )
30  Gary Anderson,                       )
31  John Woldyka,                        )
32  Carlos Ortiz, and                    )
33  Several Unknown Federal Agents       )
34              Counterdefendants.       )
35  _____  )
36
37                      **I. DECLARATION**

38  1.      COMES NOW, David Lynwood Toppin, being first duly sworn, a non-corporate, natural

39  born, living breathing being, on the soil, *sui juris,* with clean hands, *rectus in curia,*[1] and real

40  party in interest (hereinafter Counterclaimant David), brings this action before this Court of

41  record for remedy in this action at law, arising from trespass, trespass on the case, and violation

42  of due process of law by Counterdefendants. Counterclaimant David further claims that he is not

43  a trustee or *cestui que trust* of any trust created by legislative fiat, presumption or operation or

---

[1] *Rectus in curia.* Right in court. One who stands at the bar, and no one objects any offence, or prefers any
charge against him. … " *Bouvier's Law Dictionary*, Vol. 2, p. 432 (1862).

44  law, and does not have any liability or obligation to any third-party beneficiary under any trust,

45  whether expressly created or made by operation or law, and further disavows any grant,

46  imperfect or otherwise, to any other legal entity, public or private.

47  2.     Involuntary servitude, long since abolished by law, has found a home in Massachusetts,

48  and is coming back strong; the balance sheets are bulging with profit from unjust enrichment,[2]

49  attracting the interest of investors, globally and in the world financial markets. Guaranteed

50  profits are risk-free and come with a judicially-backed, fully insured, guaranteed return on

51  investment. The best judges money can bribe are strategically positioned throughout Worcester

52  County. Malfeasance and misfeasance are afforded at no extra charge. The bid bond is cheap and

53  the rewards are hefty, complete with performance bonds, and reinsurance for a guaranteed profit.

54  "Our statutes, indeed, are full of provisions showing that, in the judgment of Congress, similar
55  consequences are punishments to be inflicted for crime. Disfranchisement of the privilege of
56  holding offices of honor, trust, or profit, is imposed as a punishment upon those who are
57  convicted of bribery, forgery, and many other offences." *Ex parte Garland*, 71 U.S. 333, 366
58  (1866).
59

60  3.     This doctrine includes, but is not limited to, challenges to personal, subject matter and

61  territorial jurisdiction, as well as to claims that the forum is not judicial in nature but merely

62  administrative or that the court is proceeding, improperly, against a private individual under the

63  rebuttable presumption that the private individual, as an unnamed office holder, suffers liability

64  for a corporate entity or artificial person upon which the Public Statutes operate, apply or affect.

65  4.     Furthermore, it is undisputed that the state is acting in its capacity as a commercial entity

66  and is liable for damages according to the following definition of "SOVEREIGN IMMUNITY":

67  "The state may nevertheless be held liable where the injurious activity was 'proprietary' rather
68  than 'governmental', i.e., where the injury was caused by the state acting in its capacity as a
69  commercial entity rather than that of sovereign." *Barron's Law Dictionary*, 4th ed. (1996).
70

71                                    **II. JURISDICTION**

72  5.     All allegations in paragraph I. are incorporated herein by reference.

73  6.     The proper court for adjudication of the present cause lies with the "district court of the

74  United States,"[3] as established by Congress in the states under Article III of the Constitution,

---

[2] Whenever an offence aims at the subversion of any Federal institution, or at the corruption of its public
officers, it is an offence against the well-being of the *United States*; from its very nature, it is cognizable
under their authority; and, consequently, it is within the jurisdiction of this Court, by virtue of the 11*th*
*section* of the Judicial act. *United States v. Worrall*, 2 U.S. 384 (1798).
[3] See attached Memorandum of Law Regarding the U.S. Court System.

75   which are "constitutional courts" and do not include the territorial courts created under Article

76   IV, § 3, Cl. 2, which are "legislative" courts. *Hornbuckle v. Toombs*, 85 U.S. 648, 21 L.Ed. 966

77   (1873).

78       The term "District Courts of the United States," as used in the rules, without an addition
79       expressing a wider connotation, has its historic significance. It describes the constitutional
80       courts created under Article III of the Constitution. Courts of the Territories are legislative
81       courts, properly speaking, and are not District Courts of the United States. We have often held
82       that vesting a territorial court with jurisdiction similar to that vested in the District Courts of the
83       United States does not make it a "District Court of the United States." *Mookini v. United States*,
84       303 U.S. 201 at 205, 58 S.Ct. 543 (1938).
85

86   7.       The judicial power of this court to adjudicate this cause of action is for the following

87   reasons:

88   A) The amount in controversy exceeds $75,000.00; and

89   B) This Court has jurisdiction over Counterdefendants as they are employees of, or agents

90   purporting to represent, the federal government; and

91   C) Involves a federal question as all revenue actions are in this court.

92       "This clearly implies that the term "revenue law," when used in connection with the jurisdiction
93       of the courts of the United States, means a law imposing duties on imports or tonnage, or a law
94       providing in terms for revenue; that is to say, a law which is directly traceable to the power
95       granted to Congress by § 8, Art. I, of the Constitution, "to lay and collect taxes, duties, imposts,
96       and excises." *U.S. v. Hill*, 123 U.S. 681, 686 (1887).
97

98                           **MANDATORY JUDICIAL NOTICE**

99   8.       In the absence of legitimate Federal common law, which extends to the several States, in

100   order to retain all common law rights, *rectum rogare*,[4] in the instant matter and to secure proper

101   jurisdiction and venue in an Article III, § 2, district court of the United States, Counterclaimant

102   David invokes the full faith and credit clause of the United States Constitution, so far as it is

103   pertinent to adjudication hereunder, and demands all due process rights including trial by jury.

104   9.       Counterclaimant David, the above-mentioned "real party in interest," demands strict

105   adherence to Article IV, § 1 of the National Constitution so that in all matters before this court,

106   the Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial

107   Proceedings of every other State.

108   10.      Counterclaimant David further demands adherence to Article IV of the Articles of

109   Confederation, still in force pursuant to Article VI of the National Constitution, so that "Full

---

[4] *Rectum rogare*. "To ask for right; to petition the judge to do right." *Black's Law Dictionary*, 4th Rev. ed.,
p. 1441, (1968).

110   faith and credit shall be given in each of these States to the records, acts, and judicial

111   proceedings of the courts and magistrates of every other State," selective incorporation

112   notwithstanding.

113   11.      The *lex domicilii* shall also depend upon the Natural Domicile of the above-mentioned

114   "real party in interest."

115   12.      The *lex domicilii,* involves the "law of the domicile" in the Conflict of Laws.

116   13.      Conflict of Laws is the branch of public law regulating all lawsuits involving a "foreign"

117   law element where a difference in result will occur depending on which laws are applied.

118   Ignorance of foreign law is deemed to be ignorance of fact; because ***no person is presumed to***
119   ***know the foreign law***, and it must be proved as a fact. 1 *Story Eq*., Sec. 140, p. 159 (1835).
120
121                                          **III. VENUE**

122   14.      All allegations in paragraphs I. through II. are incorporated herein by reference.

123   15.      Venue is proper in this Court, in that all causes of action complained of herein occurred

124   within the geographical area of this Court's jurisdiction.

125   16.      While in the pursuit of extorting money systematically by a proceduralized pattern of

126   predicate acts comprising, but not limited to, threat, duress, coercion, extortion, false

127   presentments, deceptive business practices and false imprisonment by Counterdefendants, which

128   have occurred in the Federal District of Massachusetts (Worcester).

129                         **IV. FIRST CAUSE OF ACTION – TRESPASS**

130                                          **PARTIES**

131   17.      All allegations in paragraphs I. through III. are incorporated herein by reference.

132   18.      David Lynwood Toppin , ("Counterclaimant David") is one of the People of the

133   Commonwealth of Massachusetts and a domiciliary thereof, and in this court of record

134   complains of each of the following:

135   19.      Christine Wichers, (Wichers") [Assistant United States Attorney], 1 Courthouse Way,

136   Ste. 9200, Boston, MA 02210.

137   20.      Sandra Bower, ("Bower"), [Assistant United States Attorney], 1 Courthouse Way, Ste.

138   9200, Boston, MA 02210.

139   21.      John Dizer, ("Dizer"), [IRS Agent], 120 Front Street, Ste. 600, Worcester, MA 01608.

140   22.      Donald Richardson, ("Richardson"), [IRS Agent], 120 Front Street, Ste. 600, Worcester,

141   MA 01608.

142  23.    Gary Anderson, ("Anderson"), [IRS Agent], 120 Front Street, Ste. 600, Worcester, MA

143  01608.

144  24.    John Woldyka, ("Woldyka"), [IRS Agent], 15 New Sudbury St, Room 1000, Boston, MA

145  02203

146  25.    Carlos Ortiz, ("Ortiz"), [IRS Agent], 15 New Sudbury St, Room 1000, Boston, MA

147  02203

148  26.    Several other unknown Federal office holders or agents ("Unknown Agents").

149
150  "There is not involved any question of the immunization of Government officers against
151  responsibility for their wrongful actions. If those actions are such as to create a personal
152  liability, whether sounding in tort or in contract, the fact that the officer is an instrumentality of
153  the sovereign does not, of course, forbid a court from taking jurisdiction over a suit against him.
154  *Sloan Shipyards v. U.S. Fleet Corp.*, 258 U.S. 549, 567 (1922)." Quoted in *Larson v. Domestic*
155  *& Foreign Commerce Corp.*, 337 U.S. 682 at 686, 69 S.Ct. 1457 (1949)
156
157  "Public officers are merely the agents of the public, whose powers and authorities are defined
158  and limited by law. Any act without the scope of the authority so defined does not bind the
159  principal, and all persons dealing with such agents are charged with knowledge of the extent of
160  their authority." *Continental Casualty Co. v. United States*, 113 F.2d 284 at 286 (5th Cir. 1940).
161
162  27.    All Counterdefendants are being sued in their personal capacities, and each hereinafter is

163  designated as "Kidnapper", and all collectively "Kidnappers"; who are each summoned to

164  answer Counterclaimant David in a plea of trespass and trespass on the case, to wit:

165                                    **INTRODUCTION**

166  28.    Each Kidnapper exceeded his jurisdiction by either directly, through an agent, or in

167  concert with another did cause Counterclaimant David to be unlawfully and forcibly carried

168  away and imprisoned[5] against his will, without jurisdiction or good cause. At the onset of the

169  unlawful imprisonment, Counterclaimant David was duly[6] engaged in the enjoyment of his

170  private activities. Said Kidnappers, without good cause, indicted Counterclaimant David, then

171  constructively imprisoned Counterclaimant David. During said imprisonment the Kidnappers

172  took further ill-considered actions to further damage Counterclaimant David for over 300 days

173  without trial or due process.

---

[5] Imprison. To confine a person or restrain his liberty in any way. *Black's Law Dictionary*, 5th Ed., p. 681
(1979). Imprisonment. ...it may be in a locality used only for the specific occasion; or it may take place
without the actual application of any physical agencies of restraint (such as locks or bars), as by verbal
compulsion and the display of available force. *Black's Law Dictionary*, 5th Ed., p. 681 (1979).

[6] Duly. ... according to law in both form and substance. *Black's Law Dictionary*, 5th Ed., p. 450 (1979).

174    29.    From the moment he was forcibly caused to appear in court until the present,

175    Counterclaimant David was, or has been, kept in constructive or actual imprisonment, under

176    color of law while under duress, coercion and threat of incarceration. Although he objected to the

177    assumed jurisdiction, the Counterdefendants and Unknown Agents who kept him imprisoned

178    under color of law did not respond to any of his demands and requests for proof of jurisdiction or

179    for total reinstatement of his liberty. Counterdefendants continued to assume the jurisdiction

180    without proof of jurisdiction or any attempt at proof of jurisdiction. Counterclaimant David

181    continues to be subject to the assumed jurisdiction, will and control of the Kidnappers, who are

182    acting under color of law.

183                      **COMPULSORY JUDICIAL NOTICE**

184    30.    Counterclaimant David accepts the bonds and oath of offices of Judges F. Dennis Saylor

185    IV ("Saylor"), Timothy S. Hillman ("Hillman"), and attorneys Wichers and Bower in the record.

186    31.    The *lex domicilii* shall be dependent upon the Natural Domicile of Counterclaimant

187    David, involving the "law of the domicile" in the Conflict of Law.

188    32.    Conflict of Laws is the branch of public law regulating all lawsuits involving a "foreign"

189    law element where a difference in result will occur depending on which laws are applied.

190          "Ignorance of foreign law is deemed to be ignorance of fact; because ***no person is presumed to***
191          ***know the foreign law***, and it must be proved as a fact."
192
193          1 *Story Eq*., Sec. 140, p. 159 (1835).
194

195    33.    The Internal Revenue Code is merely *prima facie* evidence of the law, as Title 26

196    (Internal Revenue) of the United States Code is not positive law.

197
198          "The official source to find United States law is the Statutes at Large and the United States
199          Code is only *prima facie* evidence of such laws." *Royer's Inc. v. United States*, 265 F.2d 615,
200          59-1 (1959, CA3 Pa).
201                              _____
202
203          "Unless Congress affirmatively enacts title of United States Code into law, that title is only
204          "*prima facie*" evidence of the law." *Preston v. Heckler*, 734 F.2d 1359, (1984, CA9 Alaska).
205                              _____
206
207          "... that the Code establishes "*prima facie*" the laws of the United States , the very meaning of
208          "*prima facie*" being that the Code cannot prevail over the Statutes at Large when the two are
209          inconsistent." *Stephen v. United States*, 319 U.S. 423 (1943); *United States v. Welden*, 377 U.S.
210          95 (1964).
211                              _____
212

213    **PRIMA FACIE.** Lat. At first sight; on the first appearance; on the face of it; so far as can be
214    judged from the first disclosure; *presumably*.
215
216    A litigating party is said to have a *prima facie* case when the evidence in his favor is sufficiently
217    strong for his opponent to be called on to answer it. A *prima facie* **case**, then, is one which is
218    established by sufficient evidence, and *can be overthrown only by rebutting evidence adduced*
219    *on the other side*. In some cases the only question to be considered is whether there is a *prima*
220    *facie* case or no. Thus a grand jury are bound to find a true bill of indictment, if the evidence
221    before them creates a *prima facie* case against the accused; and for this purpose therefore, it is
222    not necessary for them to hear the evidence of the defense.
223
224         *Black's Law Dictionary*, 1st Ed., p. 935 (1891). [emphasis added].
225
226    34.    But *prima facie* evidence of law is merely color of law –
227
228    **COLOR.** *An appearance, semblance*, or *simulacrum*, *as distinguished from that which is real*.
229    A *prima facie* or **apparent right**. Hence, *a deceptive appearance*; *a plausible, assumed*
230    *exterior, concealing a lack of reality; a disguise or pretext*.
231
232    In pleading. *Ground of action* admitted to subsist in the opposite party by the pleading of one of
233    the parties to an action, which is so set out as to be apparently valid, but *which is in reality*
234    *legally insufficient.*
235
236         *Black's Law Dictionary*, 1st Ed., p. 222, 'Color' (1891) [emphasis added].
237                              ———————————
238
239    35.    Counterclaimant David, as one of the People, invokes the guarantees of the 4th, 5th

240    and 6th Articles in Amendment of the Constitution of the United States against

241    encroachment of Counterclaimant David's rights by Counterdefendants.

242                                **ARTICLE IV**

243    The *right of the people to be* secure in their persons, houses, *papers, and effects*, against
244    unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon
245    probable cause, *supported by Oath or affirmation*, and particularly describing the place to be
246    searched, and the persons or things to be seized. [emphasis added]
247
248
249                                **ARTICLE V**
250    No person shall be held to answer for a capital, or otherwise infamous crime, unless on a
251    presentment or indictment of a Grand Jury ...
252
253
254                                **ARTICLE VI**
255    In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an
256    impartial jury of the State and district wherein the crime shall have been committed, which
257    district shall have been previously ascertained by law, and to be informed of the *nature and*
258    *cause of the accusation*; to be confronted with the witnesses against him; to have compulsory
259    process for obtaining witnesses in his favor, and to have the assistance of Counsel for his
260    defence. [emphasis added]

261

262

263    A violation of Constitutional provisions presumes injury and such injury need not be shown.
264    *Davis v. U.S.*, 347 Fed. 394.

265

266

267    "In *United States v. Rogers*, 23 F. 658, it was held that the matter of jurisdiction in a criminal
268    proceeding is never presumed; that it must always be proved and is never waived as a defense.
269    It was further held there that the question of jurisdiction can be raised at any stage of the
270    proceeding. (See also *United States v. Anderson*, 60 F. Supp. 649, 650, holding that if the court
271    is without jurisdiction of the subject matter, its proceeding is a nullity.)

272

273    36.    It is mandatory upon Counterdefendants to provide the certification of the

274    constitutionality of 26 U.S.C. 7201, and Counterclaimant David demands strict proof thereof.

275    37.    In the attached court record, there are no oaths or affidavits signed under penalty of

276    perjury by an accusing party, in violation of Constitutional requirements.

277                                                  **SPECIFICS**

278    38.    Each Counterdefendant acted in such a way, or failed to act in such a way, that

279    Counterclaimant David was deprived of his liberty. Each Counterdefendant acted to deprive

280    Counterclaimant David of his liberty; or each Counterdefendant failed to act to prevent the loss

281    by Counterclaimant David of his liberty. Further, each Counterdefendant is a willing participant

282    acting in concert with each of the remaining Counterdefendants.

283    39.    At all times mentioned in this action, each Counterdefendant is the agent of the other, and

284    in doing the acts alleged in this action, each is acting within the course and scope of said agency.

285    The following paragraphs describe what the Kidnappers, under color of law, either acted or

286    failed to act as obligated.

287    40.    Each Counterdefendant exceeded his jurisdiction under color of law. Each

288    Counterdefendant acted in concert with the remaining Counterdefendants to effect the unlawful

289    loss of liberty of Counterclaimant David. This maxim of law is applicable to all parties of this

290    suit.

291    41.    The term "public official" ... include[es] "... an officer or employee or person acting for

292    or on behalf of the United States, or any department, agency or branch of Government thereof,

293    … in any official function, under or by authority of any such department, agency, or branch of
294    Government …"[7]

295    42.    All Counterdefendants are "public officials."

296    43.    The Court is requested to take judicial notice of enunciation of the principles stated in

297    *Haines v. Kerner*, 404 U.S. 519, wherein the Supreme Court directed that those who are

298    unschooled in law making complaints or pleadings shall have the court look to the substance of

299    the complaint rather than the form.

300    44.    Counterclaimant David states that Dizer, Richardson, Anderson, Ortiz, Wichers, Bower

301    and other Unknown Agents presented facts or evidence to a federal grand jury which lead to the

302    indictment of Counterclaimant David on June 1, 2011.

303    45.    Although it is not law, relevant portions of the United States Attorney Manual, Title 9,

304    Criminal Resource Manual Section 221 – Sufficiency [emphasis added], state as follows:

305
306    Fed. R. Crim. P. 7(c)(1), provides:
307
308    The indictment or the information shall be a plain, concise and definite written statement of the
309    *essential facts* constituting the offense charged.
310
311    An indictment need only allege the essential facts, that is *the facts and elements of the alleged*
312    *offense necessary to inform the accused of the charge so that the defendant may prepare a*
313    *defense* and invoke the Double Jeopardy Clause when appropriate. The true test of an
314    indictment is not whether it might possibly be made more certain but whether it contains:
315
316    *[E]very element of the offense intended to be charged*, and sufficiently apprises the defendant
317    of what he must be prepared to meet, and, in the case any other proceedings are taken against
318    him for a similar offense, whether the record shows with accuracy to what extent he may plead
319    a former acquittal or conviction. *Cochran v. United States*, 157 U.S. 286, 290 (1895).
320
321    In *Russell v. United States*, the Supreme Court stated that the availability of a bill of particulars
322    will not cure an indictment that *omits an essential element of the offense*. 369 U.S. 749, 769-70
323    (1962).
324
325    46.    The United States Attorney Manual, Title 9, Criminal Resource Manual Section 222 –

326    Elements of the Offense [emphasis added], further states:

327    If an *essential element of the offense is omitted* from the indictment, it cannot, consistent with
328    the principle underlying the Fifth Amendment requirement that prosecution for an infamous

---

[7] "The Second Circuit's decision in *United States v. Levine*, 129 F.2d 745 — establishes that Congress
never intended [the] open-ended definition of "public official" to be restricted to persons in a formal
employment or agency relationship with the Government. The proper inquiry is whether the person
occupies a position of public trust with official federal responsibilities." *Dixson v. United States*, 465 U.S.
482, 483 (1984).

329     crime be instituted by a grand jury, be supplied by the prosecutor or by the courts. [emphasis
330     added]
331
332  47. The United States Attorney Manual, Title 9, Criminal Resource Manual Section 225 –

333     Charging in the Language of the Statute [emphasis added], further states:

334     "Although an indictment that tracts the statutory language defining an offense is usually
335     sufficient, mere recitation of statutory language will only save an indictment if *all elements are*
336     *subsumed in the language*. In *United States v. Carll*, 105 U.S. 611 (1881), the indictment
337     followed the language of the statute but was found insufficient for failure to allege that the
338     defendant knew that the instruments he uttered were forged or counterfeited. As the Court
339     pointed out:
340
341     [I]t is not sufficient to set forth the offense in the words of the statute, unless those words of
342     themselves fully, directly, and expressly, without any uncertainty or ambiguity, set forth *all the*
343     *elements necessary to constitute the offense intended* to be punished."
344
345     An indictment must set forth the *essential elements* of the offense charged or it is fatally
346     defective. *United States v. Denmon*, 483 F.2d 1093, 1095 (8th. Cir. 1973).
347
348     Simply citing the charging statute, however, does not cure the *omission of an essential element*
349     *of the charge* because that citation does not ensure that the grand jury has considered and found
350     all essential elements of the crime. *United States v. Camp*, 541 F.2d 737, 740 (8th Cir. 1976).
351
352     [T]he Fifth Amendment did not allow the Court to speculate whether the grand jury had
353     considered this *omitted element* in determining whether there was probable cause for the
354     indictment. *United States v. Zangger*, 848 F.2d 923, 925 (8th Cir. 1988).
355
356     "[t]he question is whether the grand jury has considered the *missing element*." *United States v.*
357     *Williams*, 429 F.3d 767, 775 (8th Cir. 2005).
358
359     The indictment must adequately apprise the defendant of what theories he must be prepared to
360     meet at trial. Further, the indictment serves as a basis for determining a defendant's 5th
361     Amendment right against double jeopardy. The 5th and 6th Amendments to the U.S.
362     Constitution require that the indictment must describe the crime allegedly committed, *every*
363     *essential element of that crime*, and the acts of the defendant alleged to constitute the crime.
364     The description must be in *sufficient detail to permit the defendant to understand the nature*
365     *of the charges* against him, to prepare a defense, and to invoke the double-jeopardy provision of
366     the 5th Amendment, if appropriate. See *Russell v. United States*, 369 U.S. 749, 763-72 (1962).
367
368     Equally well founded is the companion right to have the jury verdict based on proof beyond a
369     reasonable doubt. "The 'demand for a higher degree of persuasion in criminal cases was
370     recurrently expressed from ancient times, [though] its crystallization into the formula "beyond a
371     reasonable doubt" seems to have occurred as late as 1798. It is now accepted in common law
372     jurisdictions as the measure of persuasion by which *the prosecution must convince the trier of*
373     *all the essential elements of guilt*.' C. McCormick, Evidence § 321, pp. 681-682 (1954); see
374     also 9 J. Wigmore, Evidence § 2497 (3d ed. 1940)." *APPRENDI v. NEW JERSEY*, 530 U.S.
375     466, 478, 120 S.Ct. 2348 (2000) [emphasis added]
376

377   Legislatures define crimes in terms of the facts that are their essential elements, and
378   constitutional guarantees attach to these facts. In federal prosecutions, "[n]o person shall be held
379   to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a
380   Grand Jury" alleging all the elements of the crime. U.S. Const., Amdt. 5; see Hamling v. United
381   States, 418 U.S. 87, 117 (1974). "In all criminal prosecutions," state and federal, "the accused
382   shall enjoy the right to . . . trial . . . by an impartial jury," U.S. Const., Amdt. 6; see Duncan v.
383   Louisiana, 391 U.S. 145, 149 (1968), at which the government must prove each element beyond
384   a reasonable doubt, see In re Winship, 397 U.S. 358, 364 (1970). *HARRIS v. UNITED STATES*,
385   536 U.S. 545, 549, 122 S.Ct. 2406 (2002).

387   A divided court nonetheless vacated respondents' sentences on the ground that "***because an***
388   ***indictment setting forth all the essential elements of an offense is both mandatory and***
389   ***jurisdictional***, . . . a court is without jurisdiction to . . . impose a sentence for an offense not
390   charged in the indictment." *UNITED STATES v. COTTON*, 535 U.S. 625, 629, 122 S.Ct. 1781
391   (2002) [emphasis added]

393   48.   Based on the directions within the United States Attorney manual, and numerous court

394   decisions, it is mandatory that all "essential elements" be included within the indictment and fit

395   within Constitutional parameters.

396   49.   Counterclaimant David, on information and belief, alleges that Dizer, Richardson,

397   Anderson, Ortiz and other Unknown Agents, were either summoned by, or were acting with the

398   knowledge and approval of, other parties in indicting Counterclaimant David.

399   50.   "Unknown Agents" identify those unknown persons responsible for presenting

400   information to a federal grand jury in order to obtain an indictment against Counterclaimant

401   David.

402   51.   Unknown Agents, acting under color of law, assumed the jurisdiction and unlawfully

403   indicted Counterclaimant David, falsely detained and imprisoned Counterclaimant David against

404   his will, without thorough investigation, without good cause and for reasons that to this date are

405   still unknown to Counterclaimant David.

406   52.   Any alleged crimes charged in an indictment such as failure to file a tax return or failure

407   to withhold taxes, and the like, are not stand-alone laws.

408   53.   In order to prosecute, the Government must: (1) identify a taxing statute, and (2) prove

409   application of a liability statute, before (3) a penalty statute is applicable.

410   54.   Without the first two elements, a Federal court lacks subject matter jurisdiction to impose

411   a penalty, whether civil or criminal.

412   55.   This principle applies to nearly all Federal penalty laws, whether relating to tax,

413   commerce, securities or anything else.

414   56.   Without a pre-existing liability to perform or refrain from any given activity, a Federal

415   penalty statute does not apply.

416   57.   Unless all elements are in place, the prosecution has failed to meet threshold criteria for

417   burden of proof, with the effect being that the Federal court lacks subject-matter jurisdiction.

418   "It is immediately apparent that this section alone does not define the offense as the defendant
419   contends. But rather, all three of the sections referred to in the information - Sections 4461,
420   4901 and 7203 - must be considered together before a complete definition of the offense is
421   found. Section 4461 imposes a tax on persons engaging in a certain activity; Section 4901
422   provides that payment of the tax shall be a condition precedent to engaging in the activity
423   subject to the tax; and Section 7203 makes it a misdemeanor to engage in the activity without
424   having first paid the tax, and provides the penalty. *It is impossible to determine the meaning or*
425   *intended effect of any one of these sections without reference to the others*." *United States v.*
426   *Menk*, 260 F.Supp. 784, 787 (1966).
427

428   58.   The indictment against Counterclaimant David is lacking two necessary elements,

429   namely the taxing statute and the liability statute.

430   59.   It is therefore "impossible to determine the meaning or intended effect" of the indictment.

431   60.   This is a violation of due process as Counterclaimant David has no grounds upon which

432   to defend himself against the alleged "indictment."

433   61.   As such taxing statutes and liability statutes are not in evidence in the indictment or court

434   record, Counterclaimant David demands that the indictment be stricken as being void, a nullity

435   and expunged from all court records.

436   ### V. SECOND CAUSE OF ACTION – TRESPASS ON THE CASE

437   62.   All allegations in paragraphs I. through IV. are incorporated herein by reference.

438   63.   By right, Counterclaimant David reasonably expects to proceed without injury, secure in

439   his capacities. By right, Counterclaimant David reasonably expects to exercise his right to life,

440   liberty and the pursuit of happiness, free of governmental intrusion by agents acting under color

441   of law.

442   64.   Counterdefendants have a legal duty to use due care and not cause an injury to

443   Counterclaimant David or interfere with said rights in any manner.

444   65.   Counterdefendants have breached that legal duty by proximately or legally, directly and

445   indirectly, causing injuries to Counterclaimant David.

446   66.   The damages claimed are all a result of the injuries.

447   ### VI. THIRD CAUSE OF ACTION – TRESPASS ON THE CASE

448   ### VICARIOUS LIABILITY

449  67.    All allegations in paragraphs I. through V. are incorporated herein by reference.

450  68.    Power is never without responsibility. When authority derives in part from Government's
451  thumb on the scales, the exercise of that power by private persons becomes closely akin, in some
452  respects, to its exercise by Government itself.

453  69.    The purpose of imposing vicarious liability is to insure the costs of injuries resulting from
454  defective actions are placed on the source of the actions and others who make the actions
455  possible rather than on injured persons who are powerless to protect themselves. For a
456  Counterdefendant to be vicariously liable, he must play an integral and vital part in the overall
457  production and promotion activity so that the actor is in a position to affect others or, at the very
458  least, he must provide a link in the chain of exposing the ultimate victim to the actor. The
459  vicariously liable Counterdefendant must be in the position of influencing, controlling,
460  participating with, or leading the actors.

461  70.    Each Counterdefendant is an agent of the other, and each has his place in the chain of
462  exposing Counterclaimant David to the actors. Each Counterdefendant is vicariously liable, in
463  accordance with the doctrine of *pari delicto*,[8] for each instance of injury to Counterclaimant
464  David.

465                          **VII. FOURTH CAUSE OF ACTION**
466                          **VIOLATION OF DUE PROCESS OF LAW**

467  71.    All allegations in paragraphs I. through VI. are incorporated herein by reference.

468  72.    There is no complaint filed as evidence in the record against Counterclaimant David,
469  signed under by oath or affirmation under penalty of perjury by any complaining party.

470  73.    There is no verification of facts by any competent fact witness filed as evidence in the
471  record against Counterclaimant David.

472  74.    Based on the foregoing, there is no evidence of any crime against Counterclaimant David
473  as charged by Counterdefendants

474                              **LAW OF THE CASE**

475  75.    Exhibit-CP1 is incorporated by reference as though fully stated herein.

476                              **REQUEST FOR RELIEF**
477  76.    For that cause of action therefore Counterclaimant David brings his suit.

---

[8] *Pari Delicto*. Lat. In equal fault; in a similar offense or crime; equal in guilt or in legal fault. See *In Pari
Delicto*. *Black's Law Dictionary*, 4th Rev. Ed. p. 1270 (1968).

478   77.   WHEREFORE, Counterclaimant David requests relief and judgment against
479   Counterdefendants, and each of them, as follows:

480   On all causes of action:

481   78.   For general damages in the sum of $50,000 multiplied by the number of days in
482   constructive and/or actual imprisonment;

483   79.   That the court enter a declaratory judgment that Counterdefendants have acted arbitrarily
484   and capriciously, have abused their discretion and have acted not in accordance with law, but
485   under color of law;

486   80.   That the court enter a declaratory judgment that Counterdefendants have acted contrary to
487   constitutional right, power or privilege;

488   81.   That the court enter a declaratory judgment that Counterdefendants' actions were in
489   excess of statutory jurisdiction, authority and short of statutory right;

490   82.   That the court permanently enjoin Counterdefendants from interfering in any manner,
491   directly or indirectly, with Counterclaimant David's life, liberty, property or pursuit of
492   happiness;

493   83.   That the court grant Counterclaimant David such further relief as the court deems proper;

494   84.   For interest as allowed by law; and

495   85.   For costs of suit incurred.

496   86.   I declare under penalty of perjury that the foregoing facts are true and correct to the best
497   of my knowledge.

498   May 11, 2012, County of Worcester, Massachusetts.

499
500                                        David Lynwood Toppin, *Sui Juris*
501                                        465 Salisbury Street
502                                        Holden, Massachusetts
503                                        America
504
505   The foregoing was subscribed and sworn to before me by David L Toppin on May, 11 , 2012.

506
507
508   Notary Public
509
510
511   My Commission expires

KAREN F. MATTUS
Notary Public
Commonwealth of Massachusetts
My Commission Expires June 2, 2017

{Seal}

512                              **CERTIFICATE OF SERVICE**

513

514          I certify that on May 15, 2012, a copy of this pleading was filed with the Clerk of Court

515   of the district court of the United States for the District of Massachusetts (Worcester). Notice of

516   this filing was completed upon all interested parties first class mail

517
518   Christine J. Wichers
519   Office of the U.S. Attorney
520   1 Courthouse Way Suite 9200
521   Boston, MA 02210
522
523   John Dizer
524   Internal Revenue Service
525   120 Front Street, Ste. 600
526   Worcester, MA 01608
527
528   Donald Richardson
529   Internal Revenue Service
530   120 Front Street, Ste. 600
531   Worcester, MA 01608
532
533   Gary Anderson
534   Internal Revenue Service
535   120 Front Street, Ste. 600
536   Worcester, MA 01608
537
538   John Woldyka
539   Internal Revenue Service
540   15 New Sudbury Street, Room 1000
541   Boston, MA 02203
542
543   Carlos Ortiz
544   Internal Revenue Service
545   15 New Sudbury Street, Room 1000
546   Boston, MA 02203
547
548
549
550
551
552
553
554
555

556
557
558
559
560                                           David Lynwood Toppin, *Sui Juris*
561                                           465 Salisbury Street
562                                           Holden, Massachusetts
563                                           America

**David L Toppin**                                                    Case No. 4:11-CR-40023-FDS

# LAW OF THE CASE

The law of the case is decreed as follows:

1.  *Qui jure suo utitur, nemini facit injuriam.* A person who exercises his proper right harms no one.

2.  *Quodcunque aliquis ob tutelam corporis sui fecerit jure id fecisse videtur.* Whatever one does in defense of his person, he is considered to have done legally.

3.  An act done by me, against my will, is not my act. [Branch, *Princ.*; Bract. 101*b*, *Cycl. Dict.* 25]

4.  *Ignorantia juris sui non praejudicat juri.* Ignorance of one's right does not prejudice the right.

5.  *Causa vaga et incerta non est causa rationabilis.* A vague and uncertain cause is not a reasonable cause.

6.  *Cessante causa, cessat effectus.* The cause ceasing, the effect ceases.

7.  *Responsio unius non omnino audiatur.* The answer of one witness should not be heard at all.

8.  *Una persona vix potest supplere vices duarum.* One person can scarcely supply the place of two.

9.  *Testmoignes ne poent testifier Ie negative, mes l'affirmative.* Witnesses cannot testify to a negative; they must testify to an affirmative.

10. *Parte quacumque integrante sublata, tollitur totum.* When any essential part has been removed, the whole is removed (or destroyed).

11. *Contra legem facit qui id facit quod lex prohibit; in fraudem vero qui, salvis verbis legis, sententiam ejus circumvenit.* A person acts contrary to the law who does what the law prohibits; a person acts in fraud of the law who, without violating the wording, circumvents the intention. Dig. 1.3.29.

12. *Dolus versatur in generalibus.* Fraud deals in generalities.

13. *Veritatem qui non libere pronunciat, proditor est veritatis.* One who does not speak the truth freely is a traitor to the truth.

14. *Jus et fraus nunquam cohabitant.* Right and fraud never dwell together. [10 Coke, 45*a*.]

15. *Suppressio veri, suggestio falsi.* Concealment of the truth is the expression of falsehood. [Am Jur 2d Desk Book, pp. 630-638, 1984]

EXHIBIT CP-1                                                          Page 1 of 14

16.   Truth fears nothing but concealment. [9 *Coke*, 20*b, Maxims of Law*, Charles A. Weisman, p. 96, 'Truth' (1990)]

17.   *Contrectatio rei alienae animo furandi est furtum.* Touching or taking another's property with an intention of stealing is theft.

18.   *Crimen trahit personam.* The crime brings with it the person. That is, the commission of a crime gives the courts of the place where it is committed jurisdiction over the person of the offender.

19.   *Deceptis, non decipientibus, jura subveniunt.* The laws help persons who have been deceived, not those deceiving.

20.   *Designatio unius est exclusio alterius, et expressum facit cessare tacitum.* The designation of one is the exclusion of the other; and what is expressed prevails over what is implied.

21.   *Dolus est machinatio, cum aliud dissimulat aliud agit.* Deceit is an artifice, since it pretends one thing and does another.

22.   *Ei incumbit probatio qui dicit, non qui negat.* The burden of the proof rests on the person who affirms, not the one who denies.

23.   *Est autem vis legem simulans.* Violence may also put on the mask of law.

24.   *Expressum facit cessare tacitum.* Something expressed nullifies what is unexpressed.

25.   *Falsus in uno, falsus in omnibus.* False in one thing, false in everything.

26.   *Fictio cedit veritati; fictio juris non est ubi veritas.* Fiction yields to truth; where the truth appears, there is no fiction of law.

27.   *Incolas domicilium facit.* Literally, the domicile makes the residents.

28.   *In judicio non creditur nisi juratis.* In court no one is trusted except those sworn.

29.   *In omnibus contractibus, sive nominatis sive innominatis, permutatio continetur.* In all contracts, whether express or implied, there must be something given in exchange. 2 Bl. Com. 444.

30.   *Judici officium suum excedenti non paretur.* A judge who exceeds his office (or jurisdiction) is not obeyed.

31.   *Juris quidem ignorantiam cuique nocere, facti verum ignorantiam non nocere.* Ignorance of law is prejudicial to everyone, but ignorance of fact is not.

**David L Toppin** Case No. 4:11-CR-40023-FDS

32. *Legem terrae amittentes perpetuam infamiae notam inde merito incurrunt.* Those who lose the law of the land thereby justly incur an eternal stigma of infamy.

33. *Lex semper dabit remedium.* The law will always give a remedy.

34. *Nemo potest facere per alium quod per se non potest.* No one can do through another what he cannot do by himself.

35. *Nemo potest facere per obliquum quod non potest facere per directum.* No one can do indirectly what he cannot do directly.

36. *Nemo potest nisi quod de jure potest.* No one is able to do a thing, unless he can do it lawfully.

37. *Nulla curia quae recordum non habet potest imponere finem neque aliquem man dare carceri; quia ista spectant tantummodo ad curias de recordo.* No court that does not have a record can impose a fine or commit any person to prison; because those powers look only to courts of record.

38. *Nunquam crescit ex post facto praeteriti delicti aestimatio.* The valuation (or assessment of damage) for a past offense is never increased by what happens subsequently. Dig. 50.17.138.1.

39. *Per rerum naturam factum negantis nulla probatio est.* By the nature of things, a person who denies a fact is not bound to give proof.

40. *Privilegium est quasi privata lex.* A privilege is, as it were, a private law.

41. *Quae ab initio non valent, ex post facto convalescere non possunt.* Things invalid from the beginning cannot be made valid by a subsequent act.

42. *Quae legi communi derogant non sunt trahenda in exemplum.*Things that derogate (or detract) from the common law are not to be drawn into precedent.

43. *Quae dubitationis causa tollendae inserunt ur communem legem non laedunt.* Whatever is inserted for the purpose of removing doubt does not hurt the common law.

44. *Qui sciens solvit indebitum donandi consilio id videtur fedsse.* A person who knowingly pays what is not due is considered to have done it with the intention of making a gift.

45. *Quod per me non possum, nec per alium.* What I cannot do in person, I also cannot do through the agency of another.

46. *Semper qui non prohibet pro se intervenire mandare creditur.* A person who does not prohibit the intervention of another in his behalf is always believed to authorize it.

47. *Salus populi (est) suprema lex.* The safety of the people is the supreme law.

48.  *Scientia utrimque par pares contrahentes facit*. Equal knowledge on both sides makes the contracting parties equal.

49.  *Statuta suo clauduntur territorio, nec ultra territorium disponunt.* Statutes are confined to their own territory and have no extraterritorial effect.

50.  *Quaelibet jurisdictio cancellos suos habet*. Every jurisdiction has its boundaries.

51.  *Extra territorium jus dicenti impune non paretur*. One who gives a judgment outside his jurisdiction is disobeyed with impunity . • There is no punishment for disobeying. Dig. 2.1.20.

52.  *Sublata causa tollitur effectus*. Remove the cause and the effect ceases.

53.  *Ubi factum nullum, ibifortia nulla*. Where there is no fact, there are no strong points.

54.  Every man's home is his castle; and even though the winds of heaven may blow through it, government officials cannot enter it. [C.L.M.; 5 *Coke*, 91, 92]

55.  *Derativa potestas non potest esse major primitiva.* The power which is derived cannot be greater than that from which it is derived.

56.  "Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court." [*Magna Carta*, ch. 34.]

57.  *Nullus liber homo capiatur, aut imprisonetur*. Let no free man be taken or imprisoned. [*Magna Carta*, ch. 39.]

58.  "Within the meaning of the maxim that "*ignorantia juris non excusat*" (ignorance of the law is no excuse), the word "*jus*" is used to denote the general law or ordinary law of the land, and not a private right." [*Black's Law Dictionary*, 4th Rev. Ed., p. 675 (1910).]

59.  "... our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law..." [Confirmatio Cartarum, November 5, 1297, *Sources of Our Liberties,* Edited by Richard L. Perry, American Bar Foundation.]

60.  A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. [(Fortesc. c. 8, 2 Inst. 186)] His judges are the mirror by which the king's image is reflected. [1 *Blackstone's Commentaries*, 270, Chapter 7, Section 379.]

61.  "He that is of a jury must be *liber homo*, that is, not only a freeman and not bond, but also one that hath such freedom of mind, as he stands indifferent as he stands unsworn." [Coke, 2 Inst. 234.]

**David L Toppin**                                                      Case No. 4:11-CR-40023-FDS

62.   "The stat. 5. Eliz. Cap. 1. Declares the ancient common law concerning the trust and duty of juries, and enacts, "that none should be indicted for assisting, aiding, comforting, or abetting criminals in the treasons therein made and declared, unless he or they be thereof lawfully accused by such good and sufficient testimony or proof as by the jury, by whom he shall be indicted, shall be thought good, lawful, and sufficient, to prove him or them guilty of the said offences." Herein is in these words, viz. The indictment being *veredictum id est dictum veritatis a verdict*; that is, "A saying of truth and matter of record ought to contain the whole truth, which is requisite by the law; for when it doth not appear it is the same as if it were not, and every material part of the indictment ought to be found upon the oath of the indicters, and cannot be supplied by the averment of the party." [*The Security of Englishmen's Lives or the Trust, Power and Duty of the Grand Juries of England*, John Lord Somers, p. 72, London (1821).

63.   The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [*Lansing v. Smith*, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89; 10 C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

64.   " ... at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects ... with none to govern but themselves ..." [*CHISHOLM v. GEORGIA*, (US) 2 Dall. 419, 454, 1 L.Ed. 440, 455, 2 Dall. (1793) pp. 471-472.]

65.   The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [*American Banana Co. v. United Fruit Co.*, 213 U.S. 347, 29 S.Ct. 511, 513, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

66.   The organic Constitution of the United States of America, as ratified by the several States of the American Union, effective March 4, 1789, is incorporated herein by reference.

67.   The first ten Articles in Amendment, known as the Bill of Rights, to the Constitution of the United States as ratified by the several States of the American Union, effective on December 15, 1791, are incorporated herein by reference.

68.   This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution of the United States of America, Article VI, Clause 2]

69.   That Congress doth consent that the territory properly included within, and rightfully belonging to the Republic of Texas, may be erected into a new State, to be called the State of Texas, with a republican form of government, to be adopted by the people of said republic, by deputies in convention assembled, with the consent of the existing government, in order that the same may be admitted as one of the States of this Union. [Joint Resolution for annexing Texas to the United States, Volume 5, Statutes at Large, p. 797, March 1, 1845 (5 Stat 797).]

**David L Toppin** Case No. 4:11-CR-40023-FDS

70. We, the people of the republic of Texas, acknowledging with gratitude the grace and beneficence of God, in permitting us to make a choice of our form of government, do, in accordance with the provisions of the joint resolution for annexing Texas to the United States, approved March first, one thousand eight hundred and forty-five, ordain and establish this constitution. [1845 Constitution of the State of Texas, Preamble]

71. All freemen, when they form a social compact, have equal rights; and no man or set of men is entitled to exclusive, separate public emoluments or privileges, but in consideration of public services. [1845 Constitution of the State of Texas, Bill of Rights, Article I, Section 2]

72. The people shall be secure in their persons, houses, papers, and possessions, from all unreasonable seizures or searches; and no warrant to search any place, or to seize any person or thing shall issue, without describing them as near as may be; nor without probable cause, supported by oath or affirmation. [1845 Constitution of the State of Texas, Bill of Rights, Article I, Section 7]

73. The privileges of the writ of habeas corpus shall not be suspended, except when, in case of rebellion or invasion, the public safety may require it. [1845 Constitution of the State of Texas, Bill of Rights, Article I, Section 10]

74. No citizen of this State shall be deprived of life, liberty, property, or privileges, outlawed, exiled, or in any manner disfranchised, except by due course of the law of the land. [1845 Constitution of the State of Texas, Bill of Rights, Article I, Section 16]

75. To guard against transgressions of the high powers herein delegated, we declare that every thing in this "bill of rights" is excepted out of the general powers of government, and shall forever remain inviolate; and all laws contrary thereto, or to the following provisions, shall be void. [1845 Constitution of the State of Texas, Bill of Rights, Article I, Section 21; 1876 Constitution of the State of Texas, Bill of Rights, Article I, Section 29]

76. That the general, great and essential principles of liberty and free government may be recognized and established, we declare: Texas is a free and independent State, subject only to the Constitution of the United States; and the maintenance of our free institutions and the perpetuity of the Union depend upon the preservation of the right of local self-government unimpaired to all the States. [1876 Constitution of the State of Texas, Bill of Rights, Article I, Section 1]

77. No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land. [1876 Constitution of the State of Texas, Bill of Rights, Article I, Section 19]

78. No citizen shall be outlawed; nor shall any person be transported out of the State for any offense committed within the same. [1876 Constitution of the State of Texas, Bill of Rights, Article I, Section 20]

79. **Republican government**. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to

whom those powers are specially delegated. [*In re Duncan*, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; *Minor v. Happersett*, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627; *Black's Law Dictionary*, 5th Ed., p. 626 (1979).]

80.   **Citizenship in a republic** – "Authority is derived through the election by the people of public officials best fitted to represent them. Attitude toward law is the administration of justice in accord with fixed principles and established evidence, with a strict regard to consequences. A greater number of citizens and extent of territory may be brought within its compass. Avoids the dangerous extreme of either tyranny or mobocracy. Results in statesmanship, liberty, reason, justice, contentment, and progress. Is the "standard form" of government throughout the world. A republic is a form of government under a constitution which provides for the election of (1) an executive and (2) a legislative body, who working together in a representative capacity, have all the power of appointment, all power of legislation, all power to raise revenue and appropriate expenditures, and are required to create (3) a judiciary to pass upon the justice and legality of their government acts and to recognize (4) certain inherent individual rights. Take away any one or more of those four elements and you are drifting into autocracy. Add one or more to those four elements and you are drifting into democracy."

Atwood. Superior to all others.--Autocracy declares the divine right of kings; its authority can not be questioned; its powers are arbitrarily or unjustly administered. Democracy is the "direct" rule of the people and has been repeatedly tried without success. Our Constitutional fathers, familiar with the strength and weakness of both autocracy and democracy, with fixed principles definitely in mind, defined a representative republican form of government. They "made a very marked distinction between a republic and a democracy . . . and said repeatedly and emphatically that they had founded a republic."   [Training Manual No. 2000-25, War Department, Washington, D.C., November 30, 1928, quoting "*The Constitution of the United States*," by Harry Atwood.]

81.   The state cannot diminish rights of the people. [*Hurtado v. People of the State of California*, 110 U.S. 516.]

82.   Where rights secured by the [U. S.] Constitution are involved, there can be no rule making or legislation which would abrogate them. [*Miranda v. Arizona*, 384 U.S. 436, 491.]

83.   There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [*Sherer v. Cullen*, 481 F. 946.]

84.   The officers of the law, in the execution of process, are obliged to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, they must respond in damages. [*Rogers v. Marshal* (United States use of *Rogers v. Conklin*) 1 Wall (US) 644, 17 L ed 714; 42 Am Jur § 262, p. 80, fn. 1, Public Officers.]

85.   **Imprison**. To confine a person or restrain his liberty in any way. [*Black's Law Dictionary*, 5th Ed., p. 681 (1979).]

**David L Toppin**                                        Case No. 4:11-CR-40023-FDS

86. **Imprisonment.** ...it may be in a locality used only for the specific occasion; or it may take place without the actual application of any physical agencies of restraint (such as locks or bars), as by verbal compulsion and the display of available force. [*Black's Law Dictionary*, 5th Ed., p. 681 (1979).]

87. **Duly.** ... according to law in both form and substance. [*Black's Law Dictionary*, 5th Ed., p. 450 (1979).]

88. "Anything that is in conflict [with the U. S. Constitution] is null and void of law; Clearly for a secondary law to come in conflict with the supreme was illogical; for certainly the supreme law would prevail over any other law, and certainly our forefathers had intended that the supreme law would be the basis for all laws, and for any law to come in conflict would be null and void of law. It would bear no power to enforce, it would bear no obligation to obey, and it would purport to settle as though it had never existed, for unconstitutionality would date from the enactment of such a law, not from the date so branded by a court of law. No courts are bound to uphold it, and no citizens are bound to obey it. It operates as a mere nullity or a fiction of law, which means it doesn't exist in law." [*Marbury v. Madison*, 5 U.S. 137 (1803).]

89. **Court**. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [*Black's Law Dictionary*, 5th Ed., p. 318 (1979).]

90. **Court**. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [*Isbill v. Stovall*, Tex.Civ.App., 92 S.W.2d 1067, 1070; *Black's Law Dictionary*, 4th Ed., p. 425 (1954).]

91. **Court of record**. To be a court of record a court must have four characteristics, and may have a fifth. They are:

> A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it. [*Jones v. Jones*, 188 Mo.App. 220, 175 S.W. 227, 229; *Ex parte Gladhill*, 8 Metc. Mass., 171, per Shaw, C.J. See, also, *Ledwith v. Rosalsky*, 244 N.Y. 406, 155 N.E. 688, 689; *Black's Law Dictionary*, 4th Ed., pp. 425, 426 (1954).]

> B. Proceeding according to the course of common law. [*Jones v. Jones*, 188 Mo.App. 220, 175 S.W. 227, 229; *Ex parte Gladhill*, 8 Metc. Mass., 171, per Shaw, C.J. See, also, *Ledwith v. Rosalsky*, 244 N.Y. 406, 155 N.E. 688, 689; *Black's Law Dictionary*, 4th Ed., pp. 425, 426 (1954).]

> C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; *The Thomas Fletcher*, C.C.Ga., 24 F. 481; *Ex parte Thistleton*, 52 Cal 225; *Erwin v. U.S.*, D.C.Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis*, 96 Ohio St. 205, 117 N.E. 229, 231.]

D. Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; *The Thomas Fletcher*, C.C.Ga., 24 F. 481; *Ex parte Thistleton*, 52 Cal 225; *Erwin v. U.S.*, D.C.Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis*, 96 Ohio St. 205, 117 N.E. 229, 231; *Black's Law Dictionary*, 4th Ed., pp. 425, 426 (1954).]

E. Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; *The Thomas Fletcher*, C.C.Ga., 24 F. 481; *Ex parte Thistleton*, 52 Cal 225; *Erwin v. U.S.,* D.C.Ga., 37 F. 488, 2 L.R.A. 229; *Heininger v. Davis*, 96 Ohio St. 205, 117 N.E. 229, 231.; *Black's Law Dictionary*, 4th Ed., pp. 425, 426 (1954).]

92. **Cause of action**. The fact or facts which give a person a right to judicial relief. The legal effect of an occurrence in terms of redress to a party to the occurrence. A situation or state of facts which would entitle party to sustain action and give him right to seek a judicial remedy in his behalf. Fact, or a state of facts, to which law sought to be enforced against a person or thing applies. Facts which give rise to one or more relations of right-duty between two or more persons. Failure to perform legal obligation to do, or refrain from performance of, some act. Matter for which action may be maintained. Unlawful violation or invasion of right. The right which a party has to institute a judicial proceeding. See also Case; Claim; Failure to state cause of action; Justiciable controversy; Severance of actions; Splitting cause of action; Suit." [*Black's Law Dictionary*, 5th Ed., p. 201 (1979).]

93. **Cause of action**. In Practice. Matter for which an action may be brought… A cause of action is said to accrue to any person when that person first comes to a right to bring an action. There is however, and obvious distinction between a cause of action and a right, though a cause of action generally confers a right. Thus, statutes of limitation do not affect the cause of action, but take away the right... When a wrong has been committed, or a breach of duty has occurred, the cause of action has accrued, although the claimant may be ignorant of it. A cause of action does not accrue until the existence of such a state of things as will enable a person having the proper relations to the property or persons concerned to bring an action. [*Bouvier's Law Dictionary* 1st Ed., p. 247 (1868).]

94. **NAME.** … In law a man cannot have more than one Christian name. [*Black's Law Dictionary*, 3rd Ed., p. 1220 (1933).]

95. **Names of organized bodies -- § 3.17.** The full names of existing or proposed organized bodies and their shortened names are capitalized; other substitutes, which are most often regarded as common nouns, are capitalized only in certain specified instances to indicate preeminence or distinction. [*U.S. Government Printing Office Style Manual*, p. 25, 'Capitalization Rules,' ISBN: 1-57980-326-1 (1984).]

96. **CAPITIS DIMINUTIO MAXIMA**. The highest or most comprehensive loss of *status*. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights. [Example: JOHN DOE] [*Black's Law Dictionary*, 4th Rev. Ed., p. 264 (1968).]

**David L Toppin**                                                    Case No. 4:11-CR-40023-FDS

97. ... Term may include artificial beings, as corporations ... Corporations are "persons" as that word is used in the first clause of the XIVth Amendment; But a corporation of another state is not a "person" within the jurisdiction of the state until it has complied with the conditions of admission to do business in the state; and a statutory requirement of such conditions is not in conflict with the XIVth Amendment. [*Black's Law Dictionary*, 4th Rev. Ed., p. 1299-1300, Person' (1968).]

98. "... Income tax statutes apply only to state created creatures known as Corporations no matter whether state, local or federal." [*Colonial Pipeline Co. v. Traigle*, 421 U.S. 100 (1975).]

99. "*An Act to Provide Internal Revenue to support the Government and to pay Interest on the Public Debt*" ... "And be it further enacted, That on and after the first day of August, eighteen hundred and sixty-two, every individual, partnership, firm, association, or corporation, (and any word or words in this act indicating or referring to person or persons shall be taken to mean and include partnerships, firms, associations, or corporations, when not otherwise designated or manifestly incompatible with the intent thereof,)." [Thirty-Seventh Congress. Sess. II. Chap. CXIX. p. 432, Sec. 68, at pp. 459-460, July 1, 1862 (12 Stat 432).]

100. "There was virtually no Washington bureaucracy created by the act of July 1, 1862 ch. 119, 12 Stat. 432, the statute to which the present Internal Revenue Service can be traced. Researchers report that during the Civil War 85% of the operations of the Bureau of Internal Revenue were carried out in the field – "including the assessing and collection of taxes, the handling of appeals, and punishment for frauds" – and this balance of responsibility was not generally upset until the 20th century. L. Schmeckebier & F. Eble, The Bureau of Internal Revenue 8, 40-43 (1923). Agents had the power to enter any home or business establishment to look for taxable property and examine books of accounts. Information was collected and processed in the field. It is, therefore, not surprising to find that congressional comments during this period focused on potential abuses by agents in the field and not on breaches of confidentiality by a Washington-based bureaucracy." [*Chrysler Corp. v. Brown*, 441 U.S. 281 at 297, footnote 23, 60 L.Ed.2d 208 at 222, footnote 23, 99 S.Ct. 1705 (1979).]

101. For over 75 years, the Supreme Court and the lower federal courts have both implicitly and explicitly recognized the Sixteenth Amendment's authorization of a non-apportioned direct income tax on United States citizens residing in the United States and thus the validity of the federal income tax laws as applied to such citizens. [*Brushaber v. Union Pacific Railroad Co.*, 240 U.S. 1, 12-19 (1916).]

102. **federal citizen**. A citizen of the United States. [*Black's Law Dictionary*, 7th Ed., p. 237 (1999).]

103. "... that, for all commercial purposes, the domicile of the party, without reference to the place of birth, becomes the test of national character, has been repeatedly and explicitly admitted in the courts of the United States. If he resides in a belligerent country, his property is liable to capture as enemy's property, and if he resides in a neutral country, he enjoys all the privileges, and is subject to all the inconveniences, of the neutral trade. He takes the advantages and disadvantages, whatever they may be, of the country of his residence." [*Commentaries on*

*American Law*, James Kent, Vol. 1, Lecture IV, 'Of The Various Kinds Of Property Liable To Capture,' pp. 75-76 (1840).]

104. **DOMICILE.** That place in which a man has voluntarily fixed the habitation of himself and family, not for a mere special or temporary purpose, but with the present intention of making a permanent home, until some unexpected event shall occur to induce him to adopt some other permanent home... "Domicile" and "residence" are not synonymous. The domicile is the home, the fixed place of habitation; while residence is a transient place of dwelling. [Black's Law Dictionary, 1st Ed., pp. 386-387 (1891).]

105. **DUAL NATIONALITY.** Fact that two states make equal claim to the allegiance of an individual at the same time. [*Black's Law Dictionary*, 4th Rev. Ed., p. 588 (1968).]

106. **NATIONAL GOVERNMENT.** The government of a whole nation, as distinguished from that of a local or territorial division of the nation, and also as distinguished from that of a league or confederation. "A national government is a government of the people of a single state or nation, united as a community by what is termed the 'social compact,' and possessing complete and perfect supremacy over persons and things, so far as they can be made the lawful objects of civil government. A federal government is distinguished from a national government, by its being the government of a community of independent and sovereign states, united by compact." [*Piqua Branch Bank v. Knoup*, 6 Ohio St. 393.; *Black's Law Dictionary*, 4th Rev. Ed., p. 1176 (1968).]

107. **NATIONALITY.** That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political *status* of the individual, especially with reference to allegiance; while domicile determines his civil *status*. Nationality arises either by birth or by naturalization. According to Savigny, "nationality" is also used as opposed to "territoriality," for the purpose of distinguishing the case of a nation having no national territory; *e. g.*, the Jews. [8 Sav. Syst. § 346; Westl.Priv.Int. Law, 5.; *Black's Law Dictionary*, 4th Rev. Ed., p. 1176 (1968).]

108. **Conspiracy against rights**:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18 U.S.C. 241]

109. **Deprivation of rights under color of law**:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments,

pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18 U.S.C. 242]

110. **POSITIVE LAW**. Law actually and specifically enacted or adopted by proper authority for the government of an organized jural society. [*Black's Law Dictionary*, 4th Rev. Ed., p. 1324 (1968).]

111. **PRIMA FACIE.** Lat. At first sight; on the first appearance; on the face of it; so far as can be judged from the first disclosure; presumably… A litigating party is said to have a *prima facie* case when the evidence in his favor is sufficiently strong for his opponent to be called on to answer it. A *prima facie* case, then, is one which is established by sufficient evidence, and can be overthrown only by rebutting evidence adduced on the other side. In some cases the only question to be considered is whether there is a *prima facie* case or no. Thus a grand jury are bound to find a true bill of indictment, if the evidence before them creates a *prima facie* case against the accused; and for this purpose therefore, it is not necessary for them to hear the evidence of the defense. [*Black's Law Dictionary*, 1st Ed., p. 935 (1891).]

112. **COLOR.** An appearance, semblance, or simulacrum, as distinguished from that which is real. A *prima facie* or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext… In pleading. Ground of action admitted to subsist in the opposite party by the pleading of one of the parties to an action, which is so set out as to be apparently valid, but which is in reality legally insufficient. [*Black's Law Dictionary*, 1st Ed., p. 222 (1891)]

113. **Rebuttable presumption.** An inference drawn from certain facts that establish a *prima facie* case, which may be overcome by the introduction of contrary evidence. [*Black's Law Dictionary*, 7th Ed., p. 1205 (1999).]

114. **Vicarious liability**. A liability imposed upon one person because of the act or omission of another, such as his employee. [*Ballantine's Law Dictionary*, 3rd Ed., p. 1342 (1969).]

115. **STATE,** *n.* … One of the component commonwealths or states of the United States of America … [*Black's Law Dictionary*, 1st Ed., p. 1119 (1891).]

116. **STATE,** *n.* A people permanently occupying a fixed territory bound together by common-law habits and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with

other communities of the globe ... One of the component commonwealths or states of the United States of America. [*Black's Law Dictionary*, 4th Rev. Ed., p. 1578 (1968).]

117. **Foreign State.** A foreign country or nation. The several United States are considered "foreign" to each other except as regards their relations as common members of the Union. [*Black's Law Dictionary*, 4th Rev. Ed., p. 1578 (1968).]

118. **federal state.** A composite state in which the sovereignty of the entire state is divided between the central or federal government and the local governments of the several constituent states; a union of states in which the control of the external relations of all the member states has been surrendered to a central government so that the only state that exists for international purposes is the one formed by the union. [*Black's Law Dictionary*, 7th Ed., p. 1415 (1999).]

119. **UNITED STATES.** This term has several meanings. It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations, it may designate territory over which sovereignty of the United States extends, or may be collective names of the states which are united by and under the Constitution. [*Hooven & Allison v. Evatt*, U.S. Ohio, 65 S.Ct. 870, 880, 324 U.S. 652, 89 L.Ed. 1252; *Black's Law Dictionary*, 4th Rev. Ed., p. 1703 (1968).]

120. (c) Mental Examination of Defendant.
In an appropriate case the court may, upon motion of the attorney for the government, order the defendant to submit to an examination [F.R.Cr.P. Rule 12.2. Notice of Insanity Defense or Expert Testimony of Defendant's Mental Condition; pursuant to 18 U.S.C. 4241 or 4242 (Federal Crimes and Criminal Procedure).]

121. (h) Definition. - As used in this chapter the term "State" includes the District of Columbia. [Federal Crimes and Criminal Procedure, 18 U.S.C. 4246 defining geographic applicability of 18 U.S.C., chapter 313 §§ 4241 & 4242 regarding Offenders with Mental Disease or Defect.]

122. (c) The writ of habeas corpus shall not extend to a prisoner unless –
(1) He is in custody under or by color of the authority of the United States or is committed for trial before some court thereof; or
(2) He is in custody for an act done or omitted in pursuance of an Act of Congress, or an order, process, judgment or decree of a court or judge of the United States; or
(3) He is in custody in violation of the Constitution or laws or treaties of the United States; or
(4) He, being a citizen of a foreign state and domiciled therein is in custody for an act done or omitted under any alleged right, title, authority, privilege, protection, or exemption claimed under the commission, order or sanction of any foreign state, or under color thereof, the validity and effect of which depend upon the law of nations; [Judiciary and Judicial Proceedings, 28 USC Sec. 2241. Power to grant writ (of habeas corpus by federal courts).]

123. As used in this chapter –
(1) the term "international terrorism" means activities that --

(A) involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;

(B) appear to be intended -

(i) to intimidate or coerce a civilian population;

(ii) to influence the policy of a government by intimidation or coercion; or

(iii) to affect the conduct of a government by assassination or kidnapping; and

(C) occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum; [(Federal Crimes and Criminal Procedure) 18 U.S.C. Sec. 2331. Definitions.]

124. (g) Definitions. - As used in this section –

(1) the term "conduct transcending national boundaries" means conduct occurring outside of the United States in addition to the conduct occurring in the United States; [(Federal Crimes and Criminal Procedure) 18 U.S.C. Sec. 2332b. Acts of terrorism transcending national boundaries.]

125. **PRO SE**. For himself; in his own behalf; in person. [*Black's Law Dictionary*, 4th Rev. Ed., p. 1364 (1968).]

126. **SUI JURIS**. Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. § 2. [*Black's Law Dictionary*, 4th Rev. Ed., p. 1602 (1968).]

127. Exhibit B – Self-authenticating documents entitled Affidavit of Truth regarding Domicile, Status and related documents of John Robert Rinn.

128. If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action.

129. The singular includes the plural and the plural the singular.

130. The present tense includes the past and future tenses; and the future, the present.

131. The masculine gender includes the feminine and neuter.