UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | Criminal No. 11-40023-FDS |
| v. |  |  |
| DAVID L. TOPPIN, |  |  |
| Defendant. |  |  |

## UNITED STATES' WITNESS LIST

The United States hereby reserves the right to call the following witnesses at trial. The government reserves its right to supplement or modify this list with reasonable notice to the defendant.

       Robert Jackson
       Amherst, MA

       Andrew Miller, CPA
       West Barnstable, MA

       James F. Powers, CPA
       Hyannis, MA

       Patricia Hall Strong, CPA
       Osterville, MA

       Thomas Sullivan, CPA
       Gardner, MA

       **Internal Revenue Service**
       Paul Crowley, Court Witness Coordinator
       John Disher, Revenue Officer
       Patricia Casey Ortiz, Revenue Officer
       Donald Richardson, Supervisory Revenue Officer
       Robert Valdini, Special Agent, Criminal Investigations

**Massachusetts Department of Revenue**
James Powers, Director of Offers and Settlement

**Keepers of the Record**
Clinton Savings Bank
Clinton, MA

Connecticut River Bank
Keene, NH

East/West Mortgage Co.
Marlborough, MA

PHH Mortgage Company
Mt. Laurel, NJ

Rockland Trust
Rockland, MA

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

By:   */s/ Christine J. Wichers*
       CHRISTINE J. WICHERS
       SANDRA S. BOWER
       Assistant U.S. Attorneys
       U.S. Attorney's Office
       John J. Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
       christine.wichers@usdoj.gov
       sandra.bower@usdoj.gov

Dated: June 1, 2012

**Certificate of Service**

      Because the defendant refuses to accept U.S. mail or FedEx packages sent by the United States Attorney's Office to his home address (465 Salisbury Street, Holden, MA 01520), this document will be mailed to the defendant at his business address (4 LaChance Street, Gardner, MA 01440), and served on the defendant by email ([dave@pelletizer.com](mailto:dave@pelletizer.com)), on June 1, 2012.

                          */s/ Christine J. Wichers*
                          Christine J. Wichers
                          Assistant U.S. Attorney