UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID L TOPPIN, )<br>)<br>Defendant in error )<br>) | CRIMINAL NO.<br>4:11-CR-40023-FDS<br><br>By Special Appearance |

FILED
IN CLERK'S OFFICE
2012 JUN -1  P 12: 12
DISTRICT OF MASS.

## Witness / Evidence List

### Witness List

Any IRS employee who entered anything in my IMF or touched my case or corresponded with me in any manner, including but not limited to:

Donald Richardson IRS Revenue Officer

Patricia Casey Ortiz IRS Revenue Officer

Carlos Orozco IRS CID agent

Paul White IRS Revenue agent

Jonathan Wlodyka IRS CID agent

John Dizer IRS

Paul Crowley IRS

Any other witness the government may call

Andrew Miller CPA

James Powers CPA

James Powers MA DOR

Patricia Hall Strong CPA

Chris Chapman

Robert Fox

Patrick Lynch

Joseph Bannister IRS CID

Irwin Schiff

Attorney John Stephenson

Attorney George Gormully and / or his bookkeeper

Attorney Ronald Hood

AUSA Christine Wichers

Secretary of the Treasury / Governor of the International Monetary Fund Timothy Geitner

United States Attorney General Eric Holder

Congressman James McGovern

Congressman Charles Rangel

Commissioner of the IRS Douglas Schulman

Robert Jackson

Holly A Connors, Clinton Savings Bank

## Evidence List

Subpoena to testify before Grand Jury of 5/30/2011 and attached documents from AUSA

**Organic Laws of the United States**
1. Declaration of Independence
2. Articles of Confederation
3. Ordinance of 1787: The Northwest Territorial Government
4. Constitution of the United States and Amendments

United States Code Title 4

United States Code Title 26

United States Code Title 27

United States Code Title 28

www.irs.gov and all information therein

Massachusetts Constitution

The Best Kept Secret by Otto Skinner

Cracking the Code by Peter Hendrickson

Investigating the Federal Income Tax by Joseph Banister

Vultures in Eagle's Clothing by Lynn Meredith

America – From Freedom to Fascism by Aaron Russo

Various IRS Notices I have received

IMF – IRS Master File for David Lynwood Toppin

Videos of IRS Commissioners

Video of Senator Harry Reid

**AFFIDAVIT AND STATEMENT for the years 1996-2011**

**NOTICE IN THE MATTER OF PUBLIC RECORD** AFFIDAVIT OF NON-PARTICIPATION IN CONDUCT OF ANY TRADE OR BUSINESS WITHIN ANY FEDERAL AREA WITHIN A STATE

David Lynwood Toppin's Joinder to the 18 USC § 4 complaint (*David R. Myrland, et al. v. U.S. Department of Justice, et al.*, Complainants, certificate of service dated 12/28/05)

18 USC § 4 complaint (*David R. Myrland, et al. v. U.S. Department of Justice, et al.*, Complainants, certificate of service dated 12/28/05)


David Lynwood Toppin
465 Salisbury Street
Holden, Massachusetts
**without** the United States
per 28 USC §1746

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   28 USC §1746**

## CERTIFICATE OF SERVICE

I certify that on  6/1  , 2012, a copy of this pleading was filed with the Clerk of Court of the United States District Court for the District of Massachusetts (Worcester). Notice of this filing was completed upon all interested parties first class mail


Christine J. Wichers
Office of the U.S. Attorney
1 Courthouse Way Suite 9200
Boston, MA 02210




_____
David Lynwood Toppin
465 Salisbury Street
Holden, Massachusetts
**without** the United States
per 28 USC §1746