UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA      )
                              )    Criminal No. 11-40023-FDS
        v.                    )
                              )
DAVID L. TOPPIN,              )
                              )
        Defendant.            )
_____ )
```

## UNITED STATES' EXHIBIT LIST

The United States respectfully submits this list of proposed exhibits for trial. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendant.

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (1990) | | |
| 2 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (1991) | | |
| 3 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (1992) | | |
| 4 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David and Jennifer Toppin (1993) | | |
| 5 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David and Jennifer Toppin (1994) | | |
| 6 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David and Jennifer Toppin (1995) | | |
| 7 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David and Jennifer Toppin (1996) | | |
| 8 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (1997) | | |
| 9 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (1998) | | |
| 10 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (1999) | | |
| 11 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2000) | | |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 12 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2001) | | |
| 13 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2002) | | |
| 14 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2003) | | |
| 15 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2004) | | |
| 16 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2005) | | |
| 17 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2006) | | |
| 18 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2007) | | |
| 19 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2008) | | |
| 20 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2009) | | |
| 21 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2010) | | |
| 22 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for David Toppin (2011) | | |
| 23 | David Toppin's Form 1040 filed with IRS (1997) | | |
| 24 | David Toppin's Form 1040 filed with IRS (1998) | | |
| 25 | David Toppin's Form 1040 filed with IRS (1999) | | |
| 26 | David Toppin's Form 1040 filed with IRS (2000) | | |
| 27 | David Toppin's Form 1040 filed with IRS (2001) | | |
| 28 | David Toppin's Form 1040 filed with IRS (2002) | | |
| 29 | David Toppin's Form 1040 filed with IRS (2003) | | |
| 30 | David Toppin's Form 1040 filed with IRS (2004) | | |
| 31 | David Toppin's Form 1040 filed with IRS (2005) | | |
| 32 | David Toppin's Form 1040 filed with IRS (2006) | | |
| 33 | Chart entitled "Summary of IRS Records for David Toppin's Form 1040s (1990-2011)" | | |
| 33.1 | Chart entitled "Summary of IRS Records for David Toppin's Form 1040s (1997-1999)" | | |
| 34 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (1997) | | |
| 35 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (1998) | | |
| 36 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (1999) | | |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 37 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2000) | | |
| 38 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2001) | | |
| 39 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2002) | | |
| 40 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2003) | | |
| 41 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2004) | | |
| 42 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2005) | | |
| 43 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2006) | | |
| 44 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2007) | | |
| 45 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2008) | | |
| 46 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2009) | | |
| 47 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2010) | | |
| 48 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1040 for Jennifer Toppin (2011) | | |
| 49 | Jennifer Toppin's Form 1040 filed with IRS (1997) | | |
| 50 | Jennifer Toppin's Form 1040 filed with IRS (1998) | | |
| 51 | Jennifer Toppin's Form 1040 filed with IRS (1999) | | |
| 52 | Jennifer Toppin's Form 1040 filed with IRS (2000) | | |
| 53 | Jennifer Toppin's Form 1040 filed with IRS (2003) | | |
| 54 | Jennifer Toppin's Form 1040 filed with IRS (2004) | | |
| 55 | Jennifer Toppin's Form 1040 filed with IRS (2005) | | |
| 56 | Jennifer Toppin's Form 1040 filed with IRS (2006) | | |
| 57 | Chart entitled "Summary of IRS Records for Jennifer Toppin's Form 1040s (1997-2011)" | | |
| 57.1 | Chart entitled "Summary of IRS Records for Jennifer Toppin's Form 1040s (1997-2006)" | | |
| 57.2 | Chart entitled "Summary of IRS Records for Jennifer Toppin's Form 1040s (1997-1999)" | | |
| 58 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (1997 – original) | | |
| 58.1 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (1997 – corrected) | | |
| 59 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (1998) | | |

| **Exhibit No.** | **Description** | **Identified** | **Admitted** |
|---|---|---|---|
| 60 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (1999) | | |
| 61 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (2000) | | |
| 62 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (2001) | | |
| 63 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (2002) | | |
| 64 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (2003) | | |
| 65 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (2004) | | |
| 66 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (2005) | | |
| 67 | Pelletizer Group, Inc.'s Form 1120S filed with the IRS (2006) | | |
| 68 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1120 for Pelletizer Group, Inc. (2007) | | |
| 69 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1120 for Pelletizer Group, Inc. (2008) | | |
| 70 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1120 for Pelletizer Group, Inc. (2009) | | |
| 71 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1120 for Pelletizer Group, Inc. (2010) | | |
| 72 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Form 1120 for Pelletizer Group, Inc. (2011) | | |
| 73 | Chart entitled "Summary of IRS Records for 1120S Returns Filed by Pelletizer Group, Inc. (1997-2011)" | | |
| 73.1 | Chart entitled "Summary of IRS Records for 1120S Returns Filed by Pelletizer Group, Inc. (1997-1999)" | | |
| 74 | Blank IRS Form 433-A | | |
| 75 | David Toppin's loan application to PHH Mortgage (5/11/98) | | |
| 76 | David and Jennifer Toppin's 1996 Form 1040 submitted in support of loan application to PHH Mortgage | | |
| 77 | David and Jennifer Toppin's 1997 Form 1040 submitted in support of loan application to PHH Mortgage | | |
| 78 | Rockland Trust records for joint checking account no. 9363536972 (David and Jennifer Toppin) | | |
| 79 | Rockland Trust records for joint checking account no. 9436615605 (David and Jennifer Toppin) | | |
| 80 | Rockland Trust records for joint checking account no. 9436615621 (David and Jennifer Toppin) | | |
| 81 | Rockland Trust records for joint checking account no. 9436615613 (David and Jennifer Toppin) | | |
| 82 | Rockland Trust records for checking account no. 9373372721 (The Pelletizer Group, Inc.) | | |
| 83 | Clinton Savings Bank records for joint checking account no. xxxxx-6900 (David and Jennifer Toppin) | | |
| 83.1 | "New Account Checklist" card for Clinton Savings Bank joint checking account no. xxxxx-6900 | | |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 84 | Clinton Savings Bank records for checking account no. xxxxx-6892 (Jennifer Toppin) | | |
| 84.1 | "New Account Checklist" card for Clinton Savings Bank checking account no. xxxxx-6892 | | |
| 84.2 | Copies of checks written on Clinton Savings Bank checking account no. xxxxx-6892 | | |
| 84.2.1 | Summary chart entitled "Checks written on Clinton Savings Bank account no. xxxxx-6892 (Jennifer Toppin)" | | |
| 84.3 | Copies of checks deposited into Clinton Savings Bank checking account no. xxxxx-6892 | | |
| 84.3.1 | Summary chart entitled "Checks deposited into Clinton Savings Bank account no. xxxxx-6892 (Jennifer Toppin)" | | |
| 85 | Clinton Savings Bank records for checking account no. xxxxx-6884 (Jennifer Toppin) | | |
| 85.1 | "New Account Checklist" card for Clinton Savings Bank checking account no. xxxxx-6884 | | |
| 85.2 | Checks written on Clinton Savings Bank checking account no. xxxxx-6884 | | |
| 85.2.1 | Summary chart entitled "Checks written on Clinton Savings Bank account no. xxxxx-6884 (Jennifer Toppin)" | | |
| 85.3 | Copies of checks deposited into Clinton Savings Bank checking account no. xxxxx-6884 | | |
| 85.3.1 | Summary chart entitled "Checks deposited into Clinton Savings Bank account no. xxxxx-6884 (Jennifer Toppin)" | | |
| 86 | Clinton Savings Bank records for checking account no. xxxxx-0947 (Jennifer Toppin) | | |
| 86.1 | "New Account Checklist" card for Clinton Savings Bank checking account no. xxxxx-0947 | | |
| 86.2 | Checks written on Clinton Savings Bank checking account no. xxxxx-0947 | | |
| 86.2.1 | Summary chart entitled "Checks written on Clinton Savings Bank account no. xxxxx-0947 (Jennifer Toppin)" | | |
| 86.3 | Copies of checks deposited into Clinton Savings Bank checking account no. xxxxx-0947 | | |
| 86.3.1 | Summary chart entitled "Checks deposited into Clinton Savings Bank account no. xxxxx-0947 (Jennifer Toppin)" | | |
| 87 | Clinton Savings Bank records for checking account no. xxxxx-6918 (The Pelletizer Group, Inc.) | | |
| 87.1 | "New Account Checklist" card for Clinton Savings Bank checking account no. xxxxx-6918 | | |
| 88 | Connecticut River Bank records for checking account no. xxxx293 (David Toppin) | | |
| 89 | Connecticut River Bank records for checking account no. xxxx653 (The Pelletizer Group, Inc.) | | |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 90 | Jennifer Toppin's loan application to East/West Mortgage Co. (9/25/03) | | |
| 91 | Monthly statements from Robert Jackson for property management of 977 N. Pleasant St., Amherst, MA | | |
| 92 | Copies of checks by Robert Jackson submitting rent collected for 977 N. Pleasant St., Amherst, MA | | |
| 93 | Letter from IRS employee A.J. Behrle, Jr. to David Toppin, cc: to James F. Powers (5/28/02), with handwritten notes | | |
| 93.1 | Letter from IRS employee A.J. Behrle, Jr. to David Toppin, cc: to James F. Powers (5/28/02), with handwritten notes redacted | | |
| 94 | James F. Powers's handwritten notes dated 4/30/02 | | |
| 95 | Letter to IRS Revenue Officer John Disher from James F. Powers (6/5/02) | | |
| 96 | Fax cover sheet to James Powers from Revenue Officer John Disher (6/10/02) (unredacted) | | |
| 96.1 | Fax cover sheet to James Powers from Revenue Officer John Disher (6/10/02) (phone slips and handwritten notes redacted) | | |
| 97 | James F. Powers's handwritten notes dated 2/20/03 | | |
| 98 | Emails from David Toppin to Andrew Miller (1/27/06 - 1/31/06) | | |
| 99 | Emails between David Toppin & Andrew Miller (3/1/06) | | |
| 100 | Emails between David Toppin & Andrew Miller (6/12/06 - 6/13/06) | | |
| 101 | Emails between David Toppin & Andrew Miller (1/29/07) | | |
| 102 | Emails between David Toppin & Andrew Miller (2/21/07 - 2/22/07) | | |
| 103 | Emails between David Toppin & Andrew Miller (3/22/07) | | |
| 104 | Emails between David Toppin & Andrew Miller (3/23/07, ending 10:23 am) | | |
| 105 | Emails between David Toppin & Andrew Miller (3/23/07, ending 12:30 pm) | | |
| 106 | Emails between David Toppin & Andrew Miller (4/16/07) | | |
| 107 | Emails between David Toppin & Andrew Miller (5/1/07) | | |
| 108 | Emails between David Toppin & Andrew Miller (5/10/07 - 5/1507) | | |
| 109 | Emails between David Toppin & Andrew Miller (5/21/07 - 5/24/07) | | |
| 110 | Emails between David Toppin & Andrew Miller (10/2/07) | | |
| 111 | Emails between David Toppin & Andrew Miller (10/3/07 - 10/4/07) | | |
| 112 | Emails between David Toppin & Andrew Miller (10/9/07) | | |
| 113 | Email from David Toppin to Andrew Miller (10/19/07) | | |
| 114 | Emails between David Toppin & Andrew Miller (1/8/08) | | |
| 115 | Emails between David Toppin & Andrew Miller (2/8/08) | | |
| 116 | David Toppin's Offer in Compromise to MA Department of Revenue (undated; stamped received on 8/24/07 and 9/10/07) | | |
| 117 | Letter from MA Department of Revenue to David Toppin (9/19/07) | | |
| 118 | Letter from David Toppin to MA Department of Revenue (undated; stamped as received 10/10/07), with enclosures | | |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 119 | IRS' "ICS History Transcript" for David Toppin (5/15/04 – 6/4/07) | | |
| 120 | Letter to James Powers from Donald Richardson (12/6/04) enclosing IRS summons requiring David Toppin to testify & produce documents on 12/21/04 (unredacted) | | |
| 120.1 | Letter to James Powers from Donald Richardson (12/6/04) enclosing IRS summons requiring David Toppin to testify & produce documents on 12/21/04 (phone slip and handwritten notes redacted) | | |
| 121 | IRS Form 433-A (signed; dated 12/20/04) | | |
| 122 | Letter to James Powers from Donald Richardson (12/22/04) enclosing Notice of Federal Tax Lien on property of David Toppin | | |
| 123 | Letter to James Powers from Donald Richardson (2/7/06) enclosing Notice of Nominee Lien addressed to Jennifer Toppin, and Notice of Nominee Lien addressed to David Toppin | | |
| 124 | Fax cover sheet dated to Patricia Casey Ortiz at IRS, from Andrew Miller, with attached IRS Form 433-A which is signed and dated 2/22/07 | | |
| 125 | Certified copy of deed for 483 Phinney's Lane, Centerville, MA (5/11/98) | | |
| 126 | Certified copy of mortgage for 483 Phinney's Lane, Centerville, MA (5/11/98) | | |
| 127 | Certified copy of deed for 483 Phinney's Lane, Centerville, MA (7/24/02) (sale by David Toppin) | | |
| 128 | Certified copy of deed for 483 Phinney's Lane, Centerville, MA (7/24/02) (sale by David and Jennifer Toppin) | | |
| 129 | Photograph of 483 Phinney's Lane, Centerville, MA | | |
| 130 | Certified copy of deed for 465 Salisbury Street, Holden, MA (recoded 8/12/02) | | |
| 131 | Photograph of 465 Salisbury Street, Holden, MA | | |
| 132 | Certified copy of deed for 977 N. Pleasant Street, Amherst, MA (12/19/85) | | |
| 133 | Certified copy of deed for 977 N. Pleasant Street, Amherst, MA (5/21/90) | | |
| 134 | Certified copy of deed for 977 N. Pleasant Street, Amherst, MA (recorded 7/14/03) | | |
| 135 | Photograph of 977 N. Pleasant Street, Amherst, MA | | |
| 136 | Certified copy of deed for 4 LaChance Street, Gardner, MA (recorded 8/21/03) | | |
| 137 | Photograph of 4 LaChance Street, Gardner, MA | | |
| 138 | Summary chart entitled "David and Jennifer Toppin – Real Estate Transactions" | | |
| 139 | Certified copies of David Toppin's driver's license (MA) | | |
| 140 | Certified copies of Jennifer Toppin's driver's license (MA) | | |

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By: */s/ Christine J. Wichers*
   CHRISTINE J. WICHERS
   SANDRA S. BOWER
   Assistant U.S. Attorneys
   U.S. Attorney's Office
   John J. Moakley U.S. Courthouse
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   (617) 748-3100
   christine.wichers@usdoj.gov
   sandra.bower@usdoj.gov

Dated: June 1, 2012

## Certificate of Service

  Because the defendant refuses to accept U.S. mail or FedEx packages sent by the United States Attorney's Office to his home address (465 Salisbury Street, Holden, MA 01520), this document will be mailed to the defendant at his business address (4 LaChance Street, Gardner, MA 01440), and served on the defendant by email (dave@pelletizer.com), on June 1, 2012.

        */s/ Christine J. Wichers*
        Christine J. Wichers
        Assistant U.S. Attorney