UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 11-40023-FDS |
| v. ) | |
| ) | |
| DAVID L. TOPPIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## UNITED STATES' SUPPLEMENTAL WITNESS LIST

In its witness list, filed June 1, 2012, the government listed Keepers of the Records for

five entities.  The government is now able to identify the Keepers by name.  They are:

Holly Connors
Clinton Savings Bank
Clinton, MA

Gerald Grimo
Connecticut River Bank
Keene, NH

Kristopher Barros
East/West Mortgage Co.
Marlborough, MA

Nicole Kittredge
PHH Mortgage Company
Mt. Laurel, NJ

Irene Banks
Rockland Trust
Rockland, MA

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Christine J. Wichers*
CHRISTINE J. WICHERS
SANDRA S. BOWER
Assistant U.S. Attorneys
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
christine.wichers@usdoj.gov
sandra.bower@usdoj.gov

Dated:  June 5, 2012

**Certificate of Service**

This document will be served on the defendant by email (dave@pelletizer.com) on June 5, 2012, and a hard copy will be hand-delivered to him on June 6, 2012.

*/s/ Christine J. Wichers*
Christine J. Wichers
Assistant U.S. Attorney