UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2012 JUN 11   A 11: 25

U.S. DISTRICT COURT
    .r M SS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | CRIMINAL NO. |
| ) | 4:11-CR-40023-FDS |
| v. ) | |
| ) | |
| DAVID L TOPPIN, ) | By Special Appearance |
| ) | |
| Defendant in error ) | |
| ) | |

# DEMAND TO QUASH INDICTMENT
# AS PRESENTED BY AFFIDAVIT OF
# David Lynwood Toppin

I, David Lynwood Toppin, am a sovereign, sui juris, man upon the land, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, YHVH first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat. 1211. I am over the age of majority and have personal knowledge of the matters stated herein, and hereby asseverate understanding the liabilities presented in *Briscoe v LaHue* 460 US 325.

# PREFACE

"The United States Attorney is the representative not of an ordinary party to a controversy, but of a sovereignty whose obligation to govern impartially is as compelling as its obligation to govern at all; and whose interest, therefore, in a criminal prosecution is not that it shall win a case, but that justice shall be done. As such, he is in a peculiar and very definite sense the servant of the law, the twofold aim of which is that guilt shall not escape or innocence suffer. He may prosecute with earnestness and vigor - indeed, he should do so. But, while he may strike hard blows, he is not at liberty to strike foul ones. It is as much his duty to refrain from improper methods calculated to produce a wrongful conviction as it is to use every legitimate means to bring about a just one."
*Berger v. U.S.*, 295 U.S. 78, 88 (1935)

# JUDICIAL NOTICE REGARDING CONTEMPT

This court WILL take judicial notice that I hold the utmost respect for the courts of this state and of this nation; however, I do distinguish between the court and an officer of the court and as to the latter, neither my respect nor my contempt is freely given; it must be earned.

# FACTS

1) I hereby and herein make my objection to the trash masquerading as an alleged "INDICTMENT" in this case, providing grounds as follows:

2) The Grand Jury is secured in the Fifth and Tenth Amendments.

3) Although the laws may vary from state to state, Grand Juries are viewed the way U.S. Supreme Court justice Antonin Scalia sees them, in fact, the whole theory of its function is that it belongs to no branch of government, serving as a kind of buffer or referee between the government and the people.

4) U.S. v. Williams, 504 U.S. 36 @48 (1962): Rooted in long centuries of Anglo-American history, Hannah v. Larch, 363 U.S. 420, 490 (1960) J. Frankfurter concurring in result, the grand jury is mentioned in the Bill of Rights, but not in the constitution. It has not been textually assigned, therefore, to any of the three branches described in the first three Articles. It is a constitutional fixture in its own right. Clearly stated: the grand jury is a separate and equal constitutional power. The grand jury is not a tool for the government to use against its citizens.

5) It is well known that pleadings, papers, or motions must be signed by the true party in interest or by said party's attorney.

6) Pleadings, papers, or motions presented by the alleged utterly fictitious bankrupt plaintiff, UNITED STATES OF AMERICA, must be signed by an attorney with a BAR number, however there is NO BAR NUMBER with any signature upon this FALSIFICATION OF THE RECORD.

4) Absent BAR number there is no Indictment signed by an alleged prosecuting attorney representing any true party in interest in an official act, indeed, absent representation by means of signature and

BAR number there is no basis for this particular filing to even exist upon the record, furthermore even if an attorney appeared to sign the document, absent BAR number it is still not an official state document because even though he could be an attorney does not mean he is acting as an attorney for the fictitious plaintiff; for example the attorney could appear merely as a notary, or personally, or in any one of several other capacities.

5) Myself and the court can only speculate as to whether any jurisdiction can attach to these defective endorsements since the rule that all pleadings, papers, and motions must be signed by the true party in interest or his attorney does not have any exemptions for any attorney; all attorneys appearing for a party must sign the pleading and must attach their BAR number to their signature.

6) Absent BAR number there is no proper lawful foundation to support invoking any alleged jurisdiction upon which the court might proceed to trial, although the court should act sua sponte against FALSIFICATION OF ITS OWN RECORD BY MEANS OF CRIMINAL CHARGES, SANCTIONS, AND STRIKING THE GARBAGE FROM THE RECORD!!

7) <u>Business Guides Inc. v. Chromatic Communications Enterprises Inc.</u>, 498 U.S. 533 (1991) Pleadings must be signed by an attorney; attorney's signature verifies that the attorney has conducted an investigation, and therefore the court can rely upon the veracity of the pleading. Dissenting opinion by justice Kennedy: if someone raises the issue it will be ripe and we will have to decide whether every affidavit must be investigated by attorney otherwise sanctions attach (even perjury possibly).

8) The judge should not accommodate a non-judicial function.

9) This case can never be finally determined as in stare decisis, as per <u>Holman v. Santa Cruz County</u>, 205 P2d 767  Identity of parties means not only parties must be identified in person as identical, but also identical in capacity, such as, *in parens patrie, proprietor, sovereign, etc.* in order for there to be judgment res judicata, until it can be determined that we have the same parties in the same capacity; I

have clearly stated my status and capacity as a man created in the image of God but this STATE has utterly failed to do so.

10) The judge has a duty to require the prosecutor to do her job and not to aid or abet the alleged agency in the sloppy performance of their investigative tasks.

# DEMAND FOR RELIEF AND REMEDY

11) Absent signature and Bar number of a properly authorized attorney the alleged Indictment must be stricken from the record.

12) A discharge with prejudice should be entered upon the record.

13) Sanctions must be applied against each and every officer of the court, who having failed to seek criminal charges while having knowledge of the alleged "INDICTMENT" wrongfully filed in June 2011, in this case, and/or involved in the creation, submission, or enforcement pertaining thereto be sanctioned to the fullest extent of the law.

14) I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within ten (10) days from receipt hereof providing me with your counteraffidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of his son Yahshua be done on Earth as it is in Heaven.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

*[signature: David Toppin]*

David Lynwood Toppin, All Rights Reserved
465 Salisbury Street
Holden, Massachusetts
**without** the United States
                              per 28 USC §1746

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   28 USC §1746**

**CERTIFICATE OF SERVICE**

I certify that on June 2012, a copy of this pleading was filed with the Clerk of Court of the United States District Court for the District of Massachusetts (Worcester). Notice of this filing will be sent automatically by the PACER system to all interested parties

Christine J. Wichers
Office of the U.S. Attorney
1 Courthouse Way Suite 9200
Boston, MA 02210

David Lynwood Toppin, All Rights Reserved
465 Salisbury Street
Holden, Massachusetts
**without** the United States
per 28 USC §1746