UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | CRIMINAL NO. |
| | ) | 4:11-CR-40023-FDS |
| v. | ) | |
| | ) | |
| DAVID L TOPPIN, | ) | By Special Appearance |
| | ) | Request for Discovery |
| Defendant in error | ) | |
| | ) | |

FILED
IN CLERK'S OFFICE
2012 JUN 11  A 11: 25
U.S. DISTRICT COURT

## REQUEST FOR DISCOVERY

Comes now alleged defendant, appearing specially, not generally, David Lynwood Toppin who hereby requests counsel for the alleged plaintiff to provide discovery. Alleged defendant requests the following:

1. The names of every witness the prosecution relies on to prove:

    A. Alleged defendant's presence within the United States;

    B. Alleged defendant's presence within the State of Massachusetts;

    C. Alleged defendant is subject to the laws of the United States;

    D. A valid cause of action (corpus delecti) has been presented to the court.

2. The name of any witnesses who are experts in the interpretation and application of United States law, including United States tax laws, the prosecution relies on.

3. Any and all evidence, known to the agent <u>at the time of alleged violation,</u> proving alleged defendant was present within the State of Massachusetts.

4. Any evidence, known to the agent <u>at the time of alleged violation,</u> proving alleged defendant was within the United States.

5. Any evidence (not allegations/opinions) alleged defendant is subject to the laws of the United States.

6. Any evidence (not allegations/opinions) a valid cause of action has been presented to the court.

7. The names of any other witnesses with personal first hand knowledge the prosecution relies on to support any element of the alleged crime or cause of action against alleged defendant and which

elements the witness is specifically relied on to testify to.

8. Evidence you have to prove the witnesses relied on have personal, first-hand knowledge of the matter they are to testify to.

Submitted this 11th day of June 2012

                                                                David Lynwood Toppin, All Rights Reserved
                                                                465 Salisbury Street
                                                                Holden, Massachusetts
                                                                **without** the United States
                                                                                        per 28 USC §1746

## CERTIFICATE OF SERVICE

        I certify that on June 11, 2012, a copy of this pleading was filed with the Clerk of Court of the United States District Court for the District of Massachusetts (Worcester). Notice of this filing will be sent to all interested parties via the PACER system

Christine J. Wichers
Office of the U.S. Attorney
1 Courthouse Way Suite 9200
Boston, MA 02210

                                                                David Lynwood Toppin, All Rights Reserved
                                                                465 Salisbury Street
                                                                Holden, Massachusetts
                                                                **without** the United States      per 28 USC §1746