**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
UNITED STATES OF AMERICA,    )    Criminal No. 11-cr-40023-TSH
      Plaintiff              )
                             )
v.                           )
                             )
DAVID TOPPIN,                )
      Defendant              )
```

## DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR STATUTE OF LIMITATIONS

Now comes the Defendant, David Toppin, through his attorney, who respectfully requests, this Honorable, pursuant to Fed. R. Crim. Proc. 12, Court to Dismiss the Indictment based on the fact that the charges are outside the statute of limitations. Defendant was indicted for tax evasion for the years 1997-1999. The Grand Jury indicted the Defendant on June 1, 2011. The years fall outside of the statute of limitations and should be dismissed as they are not actionable, pursuant to United States v. Spector, 55 F.3d 22 (1st Cir. 1995) and United States v. Walsh, 928 F.2d 7 (1st Cir. 1991).

Wherefore, the Defendant, David Toppin, respectfully requests that the indictment be dismissed. The Defendant respectfully requests a hearing on this Motion to Dismiss Indictment.

                                                  Respectfully submitted,
                                                  David Toppin,

2

By his Attorney,

/s/John M. Goggins
John M. Goggins, Esq.
46 Wachusett Street
Worcester, MA  01609
508-798-2288
BBO # 631254

Dated: September 10, 2012

3

**CERTIFICATE OF SERVICE**

I, John M. Goggins, hereby certify that on September 10, 2012, a true copy of the above-captioned Motion to Dismiss Indictment and attached memorandum, was served upon the CM/ECF participants.

/s/John M. Goggins