```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,)           CRIMINAL ACTION
     PLAINTIFF           )           NO. 11-cr-40023-TSH
                         )
Vs.                      )
                         )
DAVID TOPPIN,            )
     DEFENDANT           )
```

### DEFENDANT'S REQUEST FOR BILL OF PARTICULARS

NOW COMES David Toppin, Defendant in the above-captioned matter, and by and through his attorney and pursuant to Fed. R. Crim. P. 7(f) does hereby request that this Honorable Court order the Government to provide a bill of particulars as to the indictment specifying:

1. The time and date of the alleged crime with which Defendant is charged;

2. The place of each alleged crime which Defendant is charged;

3. The manner in which Defendant is alleged to have committed the crime which Defendant is charged; and

4. The means by which Defendant is alleged to have committed each of the alleged crime which Defendant is charged.

5. The manner in the Defendant is within the proper limits of jurisdiction and authority of the U.S. Treasury Secretary, Commissioner of Internal Revenue, and/or the Internal Revenue Code (Title 26).

6. The means by which Secretary has given proper Notice to Defendant, as is required under 26 USC 6001, and/or that the Secretary had notified Defendant that he was liable under 26 USC 6012.

7. The means in which the Government acquired personal jurisdiction over the Defendant.

8.    The means in which the Defendant evaded a specific tax because 26 USC 7201 states

"Any person who willfully attempts in any manner to evade or defeat **any tax imposed by this title** or the payment thereof shall, in addition to other penalties provided by law, be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 5 years, or both, together with the costs of prosecution."

9.    The manner in which Defendant is for a tax on his private sector, constitutionally protected earnings.

10.   Then means in which the Government has claimed that the definition of the term "income" includes any funds/amounts the accused has received in a quid pro quo exchange for his labor.

                              Respectfully Submitted,
                              David Toppin,
                              By His Attorney,


                              /s/__John M. Goggins__
                              John M. Goggins
                              46 Wachusett Street
                              Worcester, MA  01609
                              Tel:  508. 798. 2288
                              BBO #631254


Dated: September 10, 2012

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record, on this 10th Day of September, 2012.

/s/ John M. Goggins

Dated: September 10, 2012