UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 4:11-CR-40023-FDS

UNITED STATES OF AMERICA )
)
)
V. )
)
)
DAVID TOPPIN, )

**ADDITIONAL MOTION FOR BILL OF PARTICULARS**

Now comes now Defendant, David Toppin, and moves the Court for an order pursuant to Federal Rules of Criminal Procedure Rule 7(f) directing the government to provide the following particulars with respect to the indictment in this case. In *Bryan* v. *United States,* 524 U.S. 184, 200 (1998) the Court cited to *Cheek* v. *United States,* 498 U.S. 192,201 (1991), and said "In certain cases involving willful violations of the tax laws, we have concluded that the jury must find that the defendant was aware of the specific provision of the tax code that he was charged with violating." In light of this provision, Defendant makes the following requests.

1: Please identify the specific provision or provisions of the tax code that I) the indictment claims imposed the tax due and owing upon him, as alleged in Count I that Defendant stands charged with violating;

2: Which crime under 26 U.S.C. §7201 does Defendant stand accused of violating?
    1) is it to evade or defeat any tax imposed by this title, or
    2) is it to evade or defeat the payment thereof?

3. If the evasion charges are not based upon an assessed tax, what law does the government rely upon to create a "tax owed" theory, without an assessment?

    4.  What provisions of law does the government rely upon for its claim that Defendant had taxable income in excess of the exempt amount for the prosecution years?

    5. What specific tax does the Defendant stand accused of having evaded?

    6. What is the specific calendar date Defendant first owed the tax alleged to have become due in count I; and what was the specific amount allegedly owed on the date stated?

        Respectfully Submitted,

           David Toppin,

           By His Attorney,

        /s/__John M. Goggins__

           John M. Goggins

           46 Wachusett Street

           Worcester, MA  01609

           Tel:  508. 798. 2288

           BBO #631254

Dated: October 15, 2012

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record, on this 15th Day of October, 2012.

<u>/s/ John M. Goggins</u>

Dated: October 15, 2012