UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID L. TOPPIN, )<br>          Defendant. )<br>) | Criminal No. 11-40023-TSH |

**GOVERNMENT'S OPPOSITION TO**
**DEFENDANT'S ADDITIONAL MOTION FOR BILL OF PARTICULARS [D.113]**

The defendant, David Toppin, is charged with one count of evading the payment of income taxes in violation of 26 U.S.C. § 7201.

On September 10, 2012, the defendant filed a Fed. R. Crim. P. 7(f) motion for a bill of particulars [D.97]. The government has opposed the motion [D.101]. The motion is scheduled to be heard on October 22, 2012.

Today the defendant filed a second motion for a bill of particulars [D.113]. For the same reasons as stated in [D.101], the defendant's motion should be denied.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Christine J. Wichers*
      CHRISTINE J. WICHERS
      SANDRA S. BOWER
      Assistant U.S. Attorneys
      John J. Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3100
      christine.wichers@usdoj.gov
      sandra.bower@usdoj.gov

Dated:  October 15, 2012

## Certificate of Service

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 15, 2012.

                              */s/ Christine J. Wichers*
                              Christine J. Wichers
                              Assistant U.S. Attorney