UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | CRIMINAL NO. |
| | ) | 4:11-CR-40023-FDS |
| v. | ) | |
| | ) | |
| DAVID L TOPPIN, | ) | |
| Defendant in error | ) | |
| _____ | ) | |

## Witness / Evidence List

**Witness List**

Any IRS employee, who investigated, corresponded or reviewed information in the matter of David L. Toppin, including but not limited to:

Donald Richardson IRS Revenue Officer

Patricia Casey Ortiz IRS Revenue Officer

Carlos Orozco IRS CID agent

Paul White IRS Revenue agent

Jonathan  Wlodyka IRS CID agent

John Dizer IRS

Paul Crowley IRS

Any other witness the government may call

Andrew Miller CPA

James Powers CPA

James Powers MA DOR

Patricia Hall Strong CPA

Chris Chapman

Robert Fox

Patrick Lynch

Joseph Bannister IRS CID
Irwin Schiff

Attorney John Stephenson

Vincent Clark

Attorney Ronald Hood

AUSA Christine Wichers

Secretary of the Treasury / Governor of the International Monetary Fund Timothy Geitner

United States Attorney General Eric Holder

Congressman James McGovern

Congressman Charles Rangel

Commissioner of the IRS Douglas Schulman

Robert Jackson

Holly A Connors, Clinton Savings Bank

Town Planner for Barnstable or similar positioned individual

**Trial Exhibits**

1. Subpoena to David Toppin for Grand Jury of 5/30/2011 and attached documents from AUSA.
2. Declaration of Independence
3. Articles of Confederation
4. Ordinance of 1787: The Northwest Territorial Government
5. Constitution of the United States and Amendments
6. United States Code Title 4
7. United States Code Title 26
8. United States Code Title 27
9. United States Code Title 28
10. www.irs.gov and all information therein
11. Massachusetts Constitution
12. The Best Kept Secret by Otto Skinner
13. Cracking the Code by Peter Hendrickson
14. Investigating the Federal Income Tax by Joseph Banister
15. Vultures in Eagle's Clothing by Lynn Meredith
16. America – From Freedom to Fascism by Aaron Russo
17. Various IRS Notices Sent to David Toppin
18. IMF – IRS Master File for David Lynwood Toppin
19. Videos of IRS Commissioners
20. Video of Senator Harry Reid

Defendant reserves the right to seasonally amend this witness list and/or trial exhibit list.

      /s/ John M. Goggins
John M. Goggins, Esq.
Attorney for Defendant
46 Wachusett Streett
Worcester, MA 01609
508.798.2288
BBO#631254

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on this 30th day of October, 2012.

      /s/ John M. Goggins