Offeree:
    David Lynwood Toppin
    c/o 465 Salisbury Street
    Holden, Massachusetts 01520
    *Non-Domestic without the U.S.*

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL--- NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# NOTICE

## CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

Date:  5 November 2012

To:  Offeror:
    **Christine J. Wichers**
    United States Attorney's Office
    1 Courthhouse Way, Suite 9200
    Boston, MA 02210
    Phone: (617) 748-3278
    Fax: (617) 748-3965
    Email: Christine.wichers@usdoj.gov

Re:  Hearing dated November 5, 2012 at 4:00 P.M.

Comes now David Lynwood Toppin, as Paramount Security Interest holder in all property, and collateral, both registered and unregistered belonging to the Defendant DAVID L. TOPPIN, and also an Accommodation Party, hereinafter "Offeree". The Offeree is in receipt of a Hearing dated November 5, 2012 at 4:00 P.M, hereinafter "Offer", from Christine J. Whichers, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, hereinafter "Offeror".

Whereas:

1. There is termination of the attorney, and a disavowance of any public benefits in regard to this public court proceeding, making Offeror's Offer moot;

2. There is a tender of full payment to setoff settle and close the public accounting for the Defendant, making Offeror's Offer moot;

NOW THEREFORE, the Accommodating Party Conditionally Accepts the hearing before the public court on this 5th day of November, 2012, scheduled for 4:00 pm in the UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS for Case Number 4:11-cr-40023-1 involving UNITED STATES OF AMERICA verses DAIVD L. TOPPIN on proof of claim that the Accommodation Party is not present merely for:

3. This Court's ratification of the termination of the Attorney's service to either the Defendant or the Accommodation Party, making the offer moot, making Offeror's Offer moot;

4. This Court's receipt for the tender of the full setoff, settlement, and closure of the accounting between the Defendant and the Plaintiff to zero out any and all charges or to bring forth any further charges not resolved by the tender, making any further proceedings in this Court moot, making Offeror's Offer moot, and;

5. The purpose to move this Court through the aggrieved party Defendant for closing this Case based upon the RECORD before this Court of settlement of the account between the parties, and an ORDER to release all charges, claims, liens and levies or other security claims by preparing all instruments necessary to said ends to release all collateral belonging to the Defendant, making Offeror's Offer moot.

Thank you for your assistance in this matter.

*[signature]*

David Lynwood Toppin, Priority Security
Interest Holder in DAVID L. TOPPIN
ALL RIGHTS RESERVED

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

The Offeree Affiant, David Lynwood Toppin, hereinafter "Affiant", does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4. There is no evidence that the Offeree is not a friend of THIS COURT, and Affiant believes none exists, and;

5. There is no evidence that does not come David Lynwood Toppin, as Paramount Security Interest holder in all property, and collateral, both registered and unregistered belonging to the Defendant DAVID L. TOPPIN, and also an Accommodation Party, hereinafter "Offeree". The Offeree is in receipt of a Hearing dated November 5, 2012 at 4:00 P.M, hereinafter "Offer", from Christine J. Whichers, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, hereinafter "Offeror", and Affiant believes none exists;

6. There is no evidence that there is not a termination of the attorney, and a disavowance of any public benefits in regard to this public court proceeding, making Offeror's Offer moot, and Affiant believes none exists;

7. There is no evidence that there is not a tender of full payment to setoff settle and close the public accounting for the Defendant, making Offeror's Offer moot, and Affiant believes none exists;

8. There is no evidence that NOW THEREFORE, the Accommodating Party does not Conditionally Accept the hearing before the public court on this 5th day of November, 2012, scheduled for 4:00 pm in the UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS for Case Number 4:11-cr-40023-1 involving UNITED STATES OF AMERICA verses DAIVD L. TOPPIN on proof of claim that the Accommodation Party is not present merely for, and Affiant believes none exists;

9. There is no evidence that this Court's ratification of the termination of the Attorney's service to either the Defendant or the Accommodation Party, does not make the offer moot, making Offeror's Offer moot, and Affiant believes none exists;

10. There is no evidence that this Court's receipt for the tender of the full setoff, settlement, and closure of the accounting between the Defendant and the Plaintiff to zero out any and all charges or to bring forth any further charges not resolved by the tender, making any further proceedings in this Court moot, making Offeror's Offer moot, making Offeror's Offer moot, and Affiant believes none exists, and;

11. There is no evidence that the purpose to not move this Court through the aggrieved party Defendant for closing this Case based upon the RECORD before this Court of settlement of the account between the parties, and an ORDER to release all charges, claims, liens and levies or other security claims by preparing all instruments necessary to said ends to release all collateral belonging to the Defendant, making Offeror's Offer moot, and Affiant believes none exists.

## Commercial Affirmation and Verification

Worcester County            )
Massachusetts Republic  ) affirmed and subscribed:
United States of America )


I, David Lynwood Toppin, Secured Party Creditor, under my unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

In Witness Whereof, I have hereunto set my hand and seal.

_____
David Lynwood Toppin, Secured Party Creditor
ALL RIGHTS RESERVED