Criminal Action No. 4:11-cr-40023-1

Undersigned:
David Lynwood Toppin
c/o Shannon Taylor Hall, Presenter
3546 East Presidio Circle
Mesa, Arizona Republic
*Non-Domestic without U.S.*

# Private Indemnity Bond
### THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
#### NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

Date: November 1, 2012

Respondent:
  **Chief Financial Officer**
  **c/o UNITED STATES DISTRICT COURT**
  **DISTRICT OF MASSACHUSETTS**
  **595 Main Street**
  **Worcester, MA 01608**

Re:    **Private Indemnity Bond and Surety Bond**

Dear Sir,
    Comes now the Undersigned, hereinafter "David Lynwood Toppin", as Priority Security Interest holder in all property and collateral both registered and unregistered belonging to the Defendant, DAVID L. TOPPIN in Criminal Action No. 4:11-cr-40023-1 (UNITED STATES OF AMERICA v. DAVID L. TOPPIN). Please be advised that the Undersigned is currently engaged in a Private Administrative Process to setoff Criminal Action No. 4:11-cr-40023-1 on the private side by tendering payment in full to Eric H. Holder, Jr, (Attorney General for the UNITED STATES OF AMERICA) for delivery to the UNITED STATES OF AMERICA. At this time the Process of arranging the payment is hereby complete and the first Process with the Eric H. Holder, Jr., "Attorney General", at the U.S. DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 is in progress and that the Plaintiff, hereinafter "UNITED STATES OF AMERICA through its agent Christine J. Wichers, USA" has been updated continuously on the progress of said payment. After the record of said payment is completed the Undersigned will obtain a Private Administrative agreement with Christine J. Wichers to show cause why that agreement with the Eric H. Holder, Jr. does not completely setoff, settle and close Criminal Action No. 4:11-cr-40023-1 against the Defendant DAVID L. TOPPIN resolving this matter.
    In the meantime, attached hereto is an original bond executed by the Secured Party Creditor, hereinafter "David Lynwood Toppin", as an Indemnity Bond and Surety Bail Bond to be held by the Respondent as surety for the full face and performance of the Undersigned as setting off, settling, and closing the execution of said judgment in Criminal Action No. 4:11-cr-40023-1 and this Indemnity Bond and Surety Bail Bond are to be held by the Respondent as full face and support to indemnify the Plaintiffs', UNITED STATES OF AMERICA, as the Undersigned does not carry out its duties and obligations pursuant to the setoff of that judgment by their private administrative judgment in a seasonable time matter.

The Undersigned thanks you for your efforts and assurances herein

                                                                                          Sincerely,
                                                                                          [signature]

# INDEMNITY BOND

Bond No. 20121101-IB-017

In regard to the Matter of: Criminal Action No. 4:11-cr-40023-1, issued in the United States District Court District of Massachusetts (Worcester).

That I, David Lynwood Toppin, the undersigned, a private party and real party in interest under injury, as underwriter and surety for DAVID L. TOPPIN, an individual, hereby undertake this Bond, and hereby authorize and instruct the clerk of the court to use the undersigned's exemption number 029628161 in a sum certain to be specified by the clerk of court to underwrite any and all obligations of performance, loss and costs which may be sustained by the United States, the State of Massachusetts, political subdivisions thereof and citizens therein, up to the face value of this bond, One-million and 00/100 ($1,000,000.00) United States Dollars.

**This Bond is underwritten by the undersigned's full faith and credit, a tangible corporeal asset, the clerk of the court is hereby authorized and instructed to recall, redeem, discharge and pay all bid, performance, payment, appearance, indemnity, AUTOTRIS, CUSIP and other bonds, securities, insurance, reinsurance and instruments of liability issued, called, cancelled and outstanding regarding the above noted Matter, and any other related actions, judicial or administrative, real or imagined, and replace same dollar for dollar per the afore said exemption.**

**The condition of this Bond is that the Defendant has been charged with "Tax Evasion"** and to secure his release from custody is entering into this obligation binding him to appear in the United States District Court District of Massachusetts (Worcester) and United States District Court for Criminal Action No. 4:11-cr-40023-1.

Now therefore, if the said undersigned shall well and truly make his personal appearance before said court instanter as well as before any other court to which the same may be transferred and for any and all subsequent proceedings that may be had relative to said charge in the course of criminal actions based on said charge, and there remain from day to day and term to term of said courts, until discharge by due course of law, then and there to answer said accusation against him, this obligation shall become void, other wise to remain in full force and effect.

THIS SURETY BAIL BOND INDEMNIFIES SAID PARTIES UP TO THE VALUE SPECIFIED HEREIN AGAINST ALL CLAIMS, DEBTS AND LIABILITIES INCURED.

By order of:

David Lynwood Toppin,
Surety/Underwriter
Exemption ID # 029628161
In care of: Shannon Taylor Hall
3546 East Presidio Circle
Mesa, Arizona Republic
*Non-domestic without the U.S.*

Date: November 1, 2012

Bond No. 20121101-SB-017

# SURETY BOND
## $1,000,000.00

In re to the Matter of:
Indictment in the United States District Court of the United States for the District of Massachusetts (Worcester) in Criminal Action No. 4:11-cr-40023-1
(UNITED STATES OF AMERICA v. DAVID L. TOPPIN)

KNOW ALL MEN BY THESE PRESENTS which constitutes a Surety Bond in the above-noted Matter:

That I, the undersigned, a private party and real party in interest under injury, as underwriter and surety for DAVID L. TOPPIN, an individual, hereby undertake this bond, and hereby authorize and instruct the CHIEF FINANCIAL OFFICER of the UNITED STATES DISTRICT COURT (hereinafter CFO), to use and collect the dollars thereon from the undersigned's Exemption No. 029628161 in a sum certain to be specified by the Criminal Action No. 4:11-cr-40023-1 to underwrite any and all obligations of performance, loss and costs which may be sustained by the United States District Court of the United States for the District of Massachusetts (Worcester), political subdivisions thereof and citizens therein, including but not limited to consideration to compensate the private advisory counsel, standby council, etc. in Criminal Action No. 4:11-cr-40023-1 up to the face value of this bond, **One-million and 00/100 United States Dollars ($1,000,000.00).**

This Bond is underwritten by the undersigned's full faith and credit, a tangible corporeal asset, the CFO of the court is hereby authorized and instructed to turn over to the United States District Court of the United States, the dollars to publically recall, redeem, discharge and pay all bid, performance, payment, appearance, indemnity, AUTOTRIS, CUSIP and other bonds, securities, insurance, reinsurance and instruments of liability issued, called, cancelled and outstanding regarding the above-noted Matter, and any other related actions, judicial or administrative, real or imagined, and replace same dollar for dollar per the aforesaid exemption.

**THIS SURETY BOND INDEMNIFIES SAID PARTIES UP TO THE VALUE SPECIFIED HEREIN AGAINST ALL CLAIMS, DEBTS AND LIABILITIES INCURRED.**

By order of:

Date: November 1, 2012

*[signature]*
David Lynwood Toppin, Surety/Underwriter
Exemption ID # 029628161
Non-domestic mail
In care of: Shannon Taylor Hall, Presenter
3546 East Presidio Circle
Mesa, Arizona Republic


# AFFIDAVIT OF SERVICE

| | |
|---|---|
| Maricopa county ) | |
| Arizona Republic ) | affirmed and subscribed |
| united States of America ) | |

It is hereby certified, that on the date noted below, the undersigned mailed to:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
595 Main Street
Worcester, MA 01608
**(Registered Mail # RE 261 088 602 US)**

**Eric H. Holder, Jr, "Attorney General"**
c/o U.S. DEPARTMENT of JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
**(USPS Form 3877)**

**Christine J. Wichers**
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Phone: (617) 748-3278
Email: Christine.wichers@usdoj.gov
**(USPS Form 3877)**

**Sandra S. Bower**
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Phone: (617) 748-3184
Fax: (617) 748-3965
Email: Sandra.bower@usdoj.gov
**(USPS Form 3877)**

**Pamela LaRue, Chief Financial Officer**
c/o Internal Revenue Service
1111 Constitution Avenue NW
Washington, D.C. 20244-0002
**(USPS Form 3877)**

here-in-after "Recipient(s)", the documents and sundry papers pertaining to a certain private indemnity bond and surety bond as follows:

1. **PRIVATE INDEMNITY BOND COVER LETTER,** dated 01 November 2012 (Original sent to Chief Financial Officer named above) (1 leaf);

2. **INDEMNITY BOND (BOND Number 20121101-IB-017),** dated 01 November 2012 (Original sent to Chief Financial Officer named above) (1 leaf);

3. **SURETY BOND (BOND Number 20121101-SB-017),** dated 01 November 2012 (Original sent to Chief Financial Officer named above) (1 leaf);

4. Reference copy of this **AFFIDAVIT OF SERVICE** (2 leaves); (Signed original on file).

These mailings contained a total of five (5) leaves.

Said service was by United States Postal Service by placing the same in a postpaid envelope properly addressed to the Recipients at the said address' and depositing the same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

I certify under penalty of perjury under the laws of the united States of America that the foregoing is true and correct

Executed on  01 November 2012

_____(seal)
AFFIANT

**Shannon Taylor Hall**
**c/o 3546 East Presidio Circle**
**Mesa, Arizona Republic**

## JURAT

State of Arizona           )
                           ) affirmed and subscribed
Maricopa County            )

ON THIS 1st Day of November 2012, before me, the undersigned Notary, personally appeared Shannon Taylor Hall and provided satisfactory evidence that she was that individual. In my presence she executed the foregoing instrument for the purposes stated therein and acknowledged that said execution was by her free act and deed.

Witness my hand and official seal.

_____
Notary Public