CIVIL CASE NO: 11-CR-40023-TSH

TITLE:   UNITED STATES   VS.   DAVID TOPPIN

## J U R Y   P A N E L

01. Kerstin Bean        Foreperson
02. Debra Greenwald
03. Michael Krafka
04. Walter Sepanek
05. Richard Angwin
06. Brain Murphy        Alt. 1
07. Cristal Vessello
08. Michael Carter
09. William Hough
10. James Hughes        Alt. 2
11. Matthew Mazzola
12. Michael Anderson
13. Carol Ziemba
14. Steven Brousseau

## W I T N E S S E S

**PLAINTIFF/GOVT.**

01. Paul Crowley           1/28/13
02. Nicole Kittredge       1/28/13
03. Robert Jackson         1/28/13
04. Jeffrey Jones          1/29/13
05. Patricia Hall Strong   1/29/13
06. Andrew Miller          1/29/13
07. James Powers           1/29/13
08. John Disher            1/29/13
09. Donald Richardson      1/29/13, 1/30/13
10. Patricia Casey-Ortiz   1/30/13
11. William Noonan         1/30/13
12.
13.
14.

**DEFENDANT**

01. Daniel Kriegman        1/31/13
02.
03.
04.
05.
06.
07.
08.
09.
10.
11.
12.
13.
14.

(ToppinJury&Witnesslist.wpd - 12/98)