UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )          CRIMINAL ACTION
    PLAINTIFF                 )          NO. 11-40023-TSH
Vs.                           )
                              )
DAVID L. Toppin,              )
    DEFENDANT                 )

MOTION TO AMEND DEFENDANT'S CONDITIONS OF RELEASE

    NOW COMES Defendant David L. Toppin, and respectfully moves by and through his attorney that this Honorable Court allow his motion to amend the conditions of his release so that he may have the electronic monitoring removed. As reasons therefore, Defendant states the following:

1. On June 18, 2013, Defendant was sentenced to 36 months at the Bureau of Prisons, with a self-report in 30 days hence.
2. Defendant is cognizant of his self-report date and the importance on his classification by being able to self-report.
3. Defendant requests that this Honorable Court order the removal of the electronic monitory devise.

    WHEREFORE, for the above reasons, Defendant respectfully requests that this Honorable Court allow the instant motion.

                                  Respectfully Submitted,
                                  David L. Toppin,
                                  By His Attorney,


                                  /s/  John M. Goggins, Esq.
                                  John M. Goggins, Esq.
                                  46 Wachusett Street
                                  Worcester, MA  01609
                                  Tel:  508. 798. 2288
                                  BBO #631254

Dated:  June 19, 2013

CERTIFICATE OF SERVICE

    I, John M. Goggins, Esq., hereby certify that Defendant's Motion to Amend Conditions of Release was forwarded via ECF to counsel of record on June 19, 2013.

                                    /s/ John M. Goggins, Esq.
                                    John M. Goggins, Esq.

Date:  June 18, 2013.