UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 11-40023-TSH |
| DAVID L. TOPPIN, Defendant. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE [D.239]**

The government does not object to Defendant's request that his electronic monitoring bracelet be removed during the period between sentencing and the commencement of Defendant's term of imprisonment, provided that all other existing conditions of release remain in place. Those conditions include, *inter alia*, a $300,000 appearance bond secured by Defendant's father's house at 160 West Boylston Street in West Boylston, Massachusetts, which property shall be forfeited to the United States if Defendant fails to appear as required or violates any condition of release.

Government counsel has conferred with defense counsel, who has agreed to remind Defendant of the above. During that conversation, defense counsel asked if the government would object to a request to further modify the conditions of release by allowing Defendant to travel throughout Massachusetts, rather than limiting his travel to Worcester County. The government does not object to that request.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By: */s/ Christine J. Wichers*
   CHRISTINE J. WICHERS
   SANDRA S. BOWER
   Assistant U.S. Attorneys
   John J. Moakley U.S. Courthouse
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   (617) 748-3100
   christine.wichers@usdoj.gov
   sandra.bower@usdoj.gov

Dated: June 21, 2013

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 21, 2013.

        */s/ Christine J. Wichers*
        Christine J. Wichers
        Assistant U.S. Attorney