UNITED STATES

v

DAVID L. TOPPIN

FILED
2014 JUL 21 P 1:53
U.S. DISTRICT OF MASS.

CRIMINAL #
4:11-cr-40023-TSH-1

Dear Clerk of Courts,

Please provide a copy of the letter or certificate of concurrence filed by the grand jury foreman in the above mentioned case.

Please also tell me how to secure a copy of the transcript of the hearing in which the indictment was returned in open court, by the foreman of the grand jury.

Both items mentioned above as pursuant to Federal Rule of Criminal Procedure 6 (f)

"The grand jury — or its foreperson or deputy foreperson — must return the indictment to a magistrate judge in open court."

Please also tell me how to secure a transcript of the arraignment.

If you are unable to provide these items, please state specifically why that is so.

If there is a charge of up to $20, please bill me if possible, or return a letter to me and let me know the cost. Thank you for your attention in this matter and your help.

Sincerely,

David W Toppin
All Rights Reserved

7.16.2014

David Toppin 94036-038
USP RDAP/UNIT 3
PO Box 2000
Lewisburg, PA 17837-2000