UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID L. TOPPIN, ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | | Criminal Action No. |
| ) | | 11-40023-TSH |
| ) | | |
| UNITED STATES, ) | | |
| Respondent. ) | | |

## ORDER ON CERTIFICATE OF APPEALABILITY
December 11, 2015

**HILLMAN, D.J**.

### Backround

Petitioner, David L. Toppin, filed a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (Docket No. 290)("Petition").  His sole ground for relief was that he received ineffective assistance of counsel violation of the Sixth Amendment because his attorney failed to put forth a defense which would have required the Government to establish that the tax code applied to him. I *denied* the Petition for the reasons stated in the Government's Opposition To Defendant's §2255 Motion To Vacate His Conviction (Docket No. 296). *See* Docket Entry No. 314.

**Certificate of Appealability**

*Standard*

A Certificate of Appealability may issue only upon "a substantial showing of a denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). In order to make a substantial showing, a petitioner must "show[ ] that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.' " *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595 (2000) (citation to quoted case omitted). "[A] claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail." *Miller–El v. Cockrell,* 537 U.S. 322, 338 (2003). *See* Sullivan v. Duval, CA 96-12046-MLW, 2014 WL 1247894 (D. Mass. Mar. 24, 2014).

*Application To This Case*

Petitioner asserted that he was denied his Sixth Amendment right to effective assistance of counsel.  The Court denied his claim. Because reasonable jurists could not debate the outcome, a certificate of appealability is not warranted.

**Conclusion**

Petitioner will not be granted a certificate of appealability.

/s/ *Timothy S. Hillman*
TIMOTHY HILLMAN
DISTRICT JUDGE